UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,
v.
ANDREY SHUKLIN
Defendant.

Case No. 1:18-cr-00109(1)

FILED
RICHARD W. NAGEL
CLERK OF COURT

2018 SEP -4 PM 2: 10

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

**CRIMINAL MINUTES before**
**Magistrate Judge Stephanie K. Bowman**

Courtroom Deputy: **Kevin Moser**
Court Reporter: Luke Lavin (Official)
United States Attorney: Matthew Singer/Megan Gaffney
Defendant Attorney: Eric Eckes (Retained)
MARTY PINALES (RETAINED)

Date/Time: 9/4/18 @ 1:30 PM

Interpreter: Inna Owens (Russian - Language Skilled)

*Initial Appearance:* ☐ Complaint; ☒ Indictment; ☐ Information; ☐ petition for supervised release ☐ Rule 5(c)/32.1 Proceedings
☒ Counsel present                                           ☐ *Pretrial Release Violation*
☒ Defendant informed of charges and potential penalties ☐ Defendant informed of nature of supervised release violation(s)
☒ Defendant informed of his / her rights  ☒ Defendant provided copy of charging document ☐ copy provided to counsel (if sealed)
☐ Government moves for defendant to be detained pending detention hearing _____
☐ Financial affidavit presented to the Court/Defendant
☐ Counsel appointed (☐ FPD ☐ CJA) ☐ Charging document unsealed upon oral motion of the United States

\* *Detention:* ☒ Defendant to be detained pending trial pursuant to pretrial detention order ☐ Defendant did not contest detention at this time
Plaintiff Witness _____ ☐ Detention is moot - serving state sentence
Defendant Witness _____
☐ OR ☐ Secured with _____ ☐ Electronic Monitor ☐ Other ☐ Home Detention ☐ Curfew

Special Conditions of Release: ☐ Pretrial/Probation Supervision ☐ Drug testing & Treatment ☐ maintain employment & verify
☐ refrain from all/excessive alcohol ☐ narcotic drugs unless prescribed ☐ use/possession of firearms ☐ Travel Restricted to

*Pretrial Bond Violation Hearing:*
☐ bond revoked - defendant detained pending trial ☐ bond continued ☐ bond modified: _____

Preliminary Exam Hearing set _____
*Preliminary Exam:* ☐ Probable Cause found; ☐ not found; ☐ waived; ☐ bond continued/denied
AUSA Witnesses: _____    Defendant Witnesses: _____

AUSA Exhibits: _____    Defendant Exhibits: _____

*Arraignment on* ☒ *Indictment*  ☐ *Superseding Indictment* ☐ *Information* ☐ *Misdemeanor Information:*
Defendant waives reading ☒           Defendant pleads: ☐ GUILTY ☒ NOT GUILTY
☐ PSI ordered                         ☐ Sentencing set for _____
☒ Case to proceed before JUDGE BLACK

*Removal Hearing (Rule 5c or Rule 32.1):*
☐ Defendant waives Identity Hearing   ☐ Defendant waives Detention Hearing in this district
☐ Defendant waives Preliminary Hearing in this district
☐ Commitment to Another District Ordered    Removed to _____
☐ Probable Cause Found

Remarks: \* DEFENDANT PREVIOUSLY HAD DETENTION HEARING IN THE S.D. OF FLORIDA AND WAS ORDERED DETAINED.