# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No. 18-CR-109** |
| | : | |
| **v.** | : | **Judge Timothy S. Black** |
| | : | |
| **ANDREY SHUKLIN, et al.,** | : | **MOTION TO LIFT POST-INDICTMENT** |
| | : | **RESTRAINING ORDER** |
| **Defendants.** | : | |
| | : | |

The Government files this motion seeking an order lifting the Post-Indictment Restraining Order in this case. In support, the Government states as follows:

1. On July 25, 2018, a federal grand jury in this district returned a one-count Indictment against twelve defendants, charging the defendants with participating in a RICO Conspiracy in violation of 18 U.S.C. § 1962(d). (Case No. 18-CR-109 (Indictment).) The Indictment charges that the defendants operated through multiple affiliated companies to form a criminal Enterprise that stole from, defrauded, and extorted customers who hired affiliated companies of the Enterprise to move their household goods.

2. On July 27, 2018, the Court entered a post-indictment restraining order relating to seven locations: Williams, Suite 1, Thornton, Illinois 60476; 1117 Wilso Drive, Baltimore, Maryland 21223; 724 Montana Drive, Suite A, Charlotte, North Carolina 28216; 5150-5154 Duff Drive, West Chester, Ohio 45246; 1 Shoreline Drive, Unit 4, Guilford, Connecticut 06437; 1600 Raley Court, Suite 20, West Sacramento, California 95691; and 2802 North 29th Avenue, Hollywood, Florida 33020. The restraining order outlined that there was probable cause that the defendants engaged in the charged RICO conspiracy; there was a connection between the contents of property in these seven warehouse locations being used by the Enterprise and the offense charged in the Indictment; and, if the defendants are convicted, the property in the seven

warehouses would be subject to forfeiture under 18 U.S.C. § 1963.  The restraining order prevented the defendants named in the Indictment, and others, from entering the warehouse space or otherwise disposing of any property within the warehouses.  The restraining order further allowed law enforcement agents to enter the warehouses, accompanied by a landlord or other representative of the leasing companies, in order to secure the subject property, document the condition of the subject property through still or video photography, and ensure the safety of law enforcement agents or other personnel acting under the restraining order.

3.      On September 12, 2018, upon motion of the Government, the restraining order relating to the 2802 North 29th Avenue, Hollywood, Florida 33020 location was lifted by the Court.  The Court also authorized agents with the USDOT to coordinate with the landlords or other representatives of the leasing companies of the warehouses to facilitate the return of victim property from those warehouses.

4.      Since the imposition of the July 27, 2018 restraining order, USDOT agents have worked diligently to return victims' property, while working with the landlords and property owners.  USDOT agents have facilitated the return of the majority of goods located in the warehouses.  The landlords and property owners wish to resume the commercial use of the warehouses.

5.      The Government seeks an order from the Court lifting the July 27, 2018 post-indictment restraining order, effective on December 31, 2018.  Continuing the restraint until December 31, 2018, will allow USDOT to address the property that remains within the warehouses.

For these reasons, the Government requests an Order from the Court lifting the July 27, 2018 post-indictment restraining order, effective on December 31, 2018.  (*See* Exhibit A (Proposed Order).)

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney


*/s/ Matthew C. Singer*
MATTHEW C. SINGER (IL 6297632)
MEGAN GAFFNEY (NY 4849220)
Assistant United States Attorneys
221 E. Fourth Street, Suite 400
Cincinnati, Ohio 45202
Matthew.singer@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the Court's CM/ECF System this 20th day of December, 2018, which provides electronic notice to all parties.

s/Matthew C. Singer
MATTHEW C. SINGER (IL 6297632)
Assistant United States Attorney

# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Case No. 18-CR-109** |
| | **:** | |
| **v.** | **:** | **Judge Timothy S. Black** |
| | **:** | |
| **ANDREY SHUKLIN, et al.,** | **:** | **ORDER** |
| | **:** | |
| **Defendants.** | **:** | |
| | **:** | |

Upon the Government's Motion to Lift the Post-Indictment Restraining Order, and for the

reasons set forth in that motion, the Court grants the Government's motion as follows:

IT IS ORDERED that the July 27, 2018 Post-Indictment Restraining Order shall be lifted

effective December 31, 2018.

_____
THE HONORABLE TIMOTHY S. BLACK
United States District Judge
Southern District of Ohio