## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:18CR109 |
| | : | |
| Plaintiff, | : | Judge Black |
| | : | |
| v. | : | |
| | : | |
| Andrey Shuklin, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

### NOTICE OF APPEARANCE OF COUNSEL

Now comes attorney, Stephanie F. Kessler, and respectfully enters her appearance as co-counsel with Martin S. Pinales and Eric G. Eckes for Defendant, Andrey Shuklin, in the above-captioned case.

Respectfully submitted,

**/s/ Stephanie F. Kessler**
STEPHANIE F. KESSLER (0092338)
Pinales, Stachler, Young & Burrell Co., LPA
455 Delta Ave., Suite 105
Cincinnati, Ohio 45226
(513) 252-2723
(513) 252-2751
skessler@pinalesstachler.com

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing has been served via this

Court's electronic filing system on all counsel of record on this 23rd day of April, 2019.

<u>/s/ Stephanie F. Kessler</u>
STEPHANIE F. KESSLER (0092338)