# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : Case No. 1:18CR109 |
| Plaintiff, | : Judge Black |
| v. | : |
| Andrey Shuklin, et al., | : |
| Defendants. | : |

## NOTICE REGARDING PASSPORTS

Counsel hereby provides notice to this Court that his firm is in possession of three passports. Counsel has made clear in prior filings that Mr. Shuklin is willing to turn over passports for himself, his wife, and his child in the event this Court granted his request for bond. This notice is filed so that the Court is aware that counsel will immediately provide the passports without delay to the probation office if this Court were to grant the bond request currently under consideration.

Respectfully submitted,

/s/ Martin S. Pinales
MARTIN S. PINALES (0024570)
ERIC G. ECKES (0091840)
Pinales, Stachler, Young, Burrell & Crouse Co., LPA
455 Delta Ave., Suite 105
Cincinnati, Ohio 45226
(513) 252-2750
(513) 252-2751
mpinales@pinalesstachler.com
eeckes@pinalesstachler.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served via this Court's electronic filing system on all counsel of record on this 25th day of June, 2019.

                                              **/s/ Martin S. Pinales**
                                              MARTIN S. PINALES (0024570)