```
Court Name: US District Court SDO
Division: 1
Receipt Number: 100CIN038305
Cashier ID: websterj
Transaction Date: 12/17/2019
Payer Name: Tatiana Rakhmaninova

NOTICE OF APPEAL/DOCKETING FEE
 For: Tatiana Rakhmaninova
 Case/Party: D-OHS-1-18-CR-000109-001
 Amount:          $505.00

CHECK
 Remitter: Tatiana Rakhmaninova
 Check/Money Order Num: 178
 Amt Tendered:    $505.00

Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00


A fee of $53.00 will be assessed on
all returned checks.
```