## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 09, 2020

Mr. Richard W. Nagel
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202-0000

                Re:  Case No. 19-4171, *USA v. Andrey Shuklin*
                     Originating Case No. : 1:18-cr-00109-1

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                                    Sincerely yours,

                                    s/Maddison R Edelbrock
                                    For Anthony Milton

cc:  Ms. Megan Lynn Gaffney
      Ms. Stephanie Franxman Kessler
      Mr. Martin Stanley Pinales
      Mr. Matthew Singer

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 19-4171

_____

Filed: April 09, 2020

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ANDREY SHUKLIN

    Defendant - Appellant

## MANDATE

  Pursuant to the court's disposition that was filed 03/18/2020 the mandate for this case hereby issues today.

 COSTS:  None