

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - CINCINNATI

RE: Reassignment of Cases to the Docket of
District Judge Douglas R. Cole

ORDER

The attached cases are hereby reassigned to the docket of the Honorable Douglas R. Cole.

IT IS SO ORDERED.

November 20, 2020

_____
Honorable Algenon L. Marbley
Chief Judge United States District Court

| Case Number | Caption |
| --- | --- |
| 1:20-cr-00120-TSB | **USA v. Bronson, et al.** |
| 1:20-cr-00057-TSB | **USA v. Timothy Ray Adkins** |
| 1:20-cr-00075-TSB | **USA v. Sherman** |
| 1:20-cr-00132-TSB | **USA v. Ulbrich** |
| 1:20-cr-00090-TSB | **USA v. Lewis et al** |
| 1:18-cr-00077-TSB | **USA v. Moore** |
| 1:18-cr-00147-TSB | **USA v. Reliford** |
| 1:15-cr-00069-TSB | **USA v. Gmoser** |
| 1:19-cr-00025-TSB | **USA v. Campbell** |
| 1:19-cr-00136-TSB | **USA v. Khlari Sirotkin, et al.,** |
| 1:20-cr-00056-TSB | **USA v. Smith et al** |
| 1:20-cr-00093-TSB | **USA v. Owens** |
| 1:19-cr-00070-TSB | **USA v. McCoy** |
| 1:20-cr-00067-TSB | **USA v. Seay** |
| 1:18-cr-00109-TSB | **USA v. Shuklin et al** |
| 1:20-cr-00128-TSB | **USA v. Dowell** |
| 1:20-cr-00062-TSB | **USA v. Carter** |
| 1:20-cr-00102-TSB | **USA v. Davis** |
| 1:20-cr-00005-TSB | **USA v. Stone** |
| 1:20-cr-00111-TSB | **USA v. Sims** |
| 1:19-cr-00023-TSB | **USA v. Yacub et al** |
| 1:20-cr-00087-MRB | **USA v. Bissoon, et al** |
| 1:20-cr-00116-MRB | **USA v. Williams-Moore** |
| 1:20-cr-00135-MRB | **USA v. Umana** |
| 1:20-cr-00107-MRB | **USA v. McIntosh** |
| 1:20-cr-00122-MRB | **USA v. Brunner** |
| 1:20-cr-00104-MRB | **USA v. Edwards** |
| 1:20-cr-00108-MRB | **USA v. Napier** |