# Alias List Examples

| Rep | Sales Name | Extentions | Direct Dial | Email |
|---|---|---|---|---|
| Tyler | Chris James | 5019 | 740-968-7327 | chris@firstnationalmoving.com |
| Danny | Jim Young | 5007 | 513-268-0043 | Jim@firstnationalmoving.com |
| Darron | Donnie Bradley | 5008 | 513-268-0063 | Donnie@firstnationalmoving.com |
| Aron | Michael Alexander | 5017 | 513-268-0089 | Michael@firstnationalmoving.com |
| Seth | Jason Hall | 5004 | 740-968-7333 | Jason@firstnationalmoving.com |
| Fred | Fred Johnson | 5030 | 740-968-7319 | Fred@firstnationalmoving.com |
| Matthew | Will Adams | 5011 | 740-968-7340 | Matthew@firstnationalmoving.com |
| Mark | Mark Brickman | 5016 | 740-968-7337 | mark@firstnationalmoving.com |
| Lisa | Lisa Harrison | 5009 | 740-968-7323 | lisa@firstnationalmoving.com |
| Oscar | Tommy Sanders | 5029 | 740-968-7317 | Tommy@firstnationalmoving.com |
| Peyton | Peyton Keys | 5012 | 740-968-7321 | peyton@firstnationalmoving.com |
| Shasha  CS | Amber Hicks | 5001 | 740-968-7325 | amber@firstnationalmoving.com |
| Nashoa  CS | Maria Sanchez | 5002 | 740-968-7339 | maria@firstnationalmoving.com |
| Phyllis  CSM | Grace Rubestello | 5000 | 740-968-7328 | grace@firstnatinalmoving.com |
| Jessica Dispatch | Mary Autsin | 5023 | 740-968-7330 | dispatch@firstnationalmoving.com |
| Christina  QA | Christina Brown | 5020 | 740-968-7332 | christina@firstnationalmoving.com |

1

# Alias List Examples

| Rep | Name | Number | Ext | Email | ReloMarket | |
|---|---|---|---|---|---|---|
| Phyllis | Faith Ashford (GM) | 708-843-8439 | 1000 | faith@public-moving.com | **Luis** | **Tony Perez** |
| Arleen | Angela Anderson (CS) | 708-843-8411 | 1001 | anderson@public-moving.com | 980-202-5844 | 1050 |
| Reggie | Reggie Collings (CS) | 708-843-8412 | 1002 | reggie@publicmovingservices.com | | |
| Liz | Ellie Williams (CS) | 708-843-8437 | 1027 | Ellie@public-moving.com | | |
| Jessica | Emma Ricci (DISPATCH) | 708-843-8413 | 1003 | Emma@public-moving.com | | |
| Alex | Adam Gates | 980-202-5814 | 1004 | Adam@public-moving.com | | |
| Leon | Leon Powell | 980-202-5815 | 1005 | Leon@publicmovingservices.com | | |
| Tiffany | Sarah Johnson | 980-202-5816 | 1006 | Sarah@publicmovingservices.com | | |
| Roger | Roger Davis | 980-202-5817 | 1007 | Roger@publicmovingservices.com | | |
| Ben | Anthony White | 980-202-5818 | 1008 | Anthony@public-moving.com | | |
| Darren | Kyle Walker | 980-202-5819 | 1009 | Kyla Walker@public-moving.com | | |
| Fred | Fredrick Loeb | 980-2025820 | 1010 | Fredrick@public-moving.com | | |
| | OPEN | | 1011 | _ | | |
| Seth | Andrew Johnson (SM) | 980-202-5830 | 1020 | Andrew@public-moving.com | | |
| Danny | James McCarthy | 980-202-5822 | 1012 | James@public-moving.com | | |
| | Jared Stona | 980-202-5823 | 1013 | jared@publicmovingservices.com | | |
| Shawn | Shawn Allen | 980-202-5824 | 1014 | shawn@publicmovingsservices | | |
| | OPEN | | 1015 | _ | | |
| Mark | Alex Beckham | 980-202-5826 | 1016 | Alex@public-moving.com | | |
| | OPEN | 980-202-5827 | 1017 | Jake@public-moving.com | | |
| | OPEN | | 1018 | _ | | |
| | OPEN | | 1019 | | | |
| Oscar | Thomas Sanders | 980-202-5831 | 1021 | thomas@publicmovingservices.com | | |
| Danny QA | Danny DeMarias | 980-202-5833 | 1022 | Danny@publicmovingservices.com | | |
| Cathy | Katrina Adams | 980-202-5833 | 1023 | katrina@publicmovingservices.com | | |
| Vernon | Vernon Little | 980-202-5834 | 1024 | vernon@publicmovingservices.com | | |
| Jon | Carl Wilson | 980-202-5835 | 1025 | carl@publicmovingservice.com | | |
| Mike | Howard Michaels | 980-202-5836 | 1026 | howard@publicmovingservices.com | | |
| Iskander | Dispatch | | 1028 | _ | | |
| Nanette | Veronica Vidal | 980-202-5842 | 1035 | veronica@publicmovingservices.com | | |
| Ryan | Ryan O'Conner | 980-202-5841 | 1040 | ryan@publicmovingservices.com | | |

2