Discovery4-014284

# SUBLEASE AGREEMENT

THIS SUBLEASE (the "Sublease") is entered into by and between **SUN-ART DESIGNS, INC.**, a Florida Corporation having a mailing address of 2800 North 29th Avenue, Hollywood, FL 33020 ("LANDLORD"), and **NATIONAL RELOCATION SOLUTIONS LLC**, DBA US RELOCATION SYSTEM a Florida Limited Liability Company having a mailing address of 500 Three Island Blvd., Apt. L16, Hallandale Beach, FL 33009 ("TENANT"), in Broward County, Florida, as of the 15 day of September _____, 2015 (the "Effective Date").

## RECITALS:

WHEREAS, LANDLORD is a tenant of the premises located at 2800-08 North 29th Ave, Hollywood, Florida (the "Leased Premises") under that written lease with SADI Properties, Inc.; and

WHEREAS, LANDLORD has obtained consent to sublease a portion of the Leased Premises to TENANT, in accordance with and pursuant to the terms and conditions of this SUBLEASE; and

WHEREAS, TENANT desires to sublease a portion of the Leased Premises from LANDLORD on the terms and conditions of this Sublease;

NOW, THEREFORE, in consideration of the foregoing recitals and the mutual covenants and agreements herein, the parties agree and contract as follows:

### ARTICLE I – DEMISED PREMISES

**Section 1.** LANDLORD hereby subleases to TENANT, and TENANT hereby subleases from LANDLORD, upon and subject to the terms and provisions of this Sublease, that certain property described in Schedule A attached hereto (the "Demised Premises").

**Section 2.** Appurtenant to the Demised Premises and included therein shall be the non-exclusive right to use, concurrently with and in common with the other tenants of the building of which Demised Premises are a part, a portion of the parking lots adjacent to the building as outlined in Article XVI, Section 6, below.

### ARTICLE II - TERM OF SUBLEASE

**Section 1.** TO HAVE AND TO HOLD the Demised Premises unto the TENANT on a month-to-month basis commencing as of the **15th day of September, 2015** (the "Rent Commencement Date").

### ARTICLE III – BASE RENT

**Section 1.** Commencing on the Rent Commencement Date, TENANT shall pay to LANDLORD at

1

---

Discovery4-014303

counterparts shall be deemed to be an original for all purposes, as of day and year aforesaid

| LANDLORD: | TENANT |
|---|---|
| SUN-ART DESIGNS, INC. | NATIONAL RELOCATION SOLUTIONS LLC |
| a Florida Corporation | a Florida Limited Liability Company |

By: _____  By: _____
   YOAVE BITTON,                 ANDREY SHUKLIN
   President                     Manager

STATE OF FLORIDA
COUNTY OF ___Miami-dade___

The foregoing instrument was acknowledged before me this 17 day of September, 2015, by **ANDREY SHUKLIN**, as Manager of **NATIONAL RELOCATION SOLUTIONS LLC**, on behalf of the Company.

---

Discovery4-014308

Revocation of this Guaranty is not permitted.

Guarantor name: **SERGHEI VERLAN**

Address: 1000 PARK VIEW DRIVE, HALLANDALE BEACH, FL 33009

Social Security Number: _____

Driver's License Number: V645-780-83-365-0

SERGHEI VERLAN