# First National Moving and Storage Website Screenshot



# Public Moving Services Website Screenshot



2

# Presidential Moving Services Website Screenshot



From: Andrey Shuklin
To: Faith
Subject: press release
Date: Thursday, May 18, 2017 3:22:19 PM

1.
Presidential moving services has a worthy rates!!!

Thanks to the improvement of all deportations in the company, the president was able to ortomize the rates and make them the best in the country.

2. Presidential moving services opened new office in Sacramento CA. and Denver CO,.

From 2017, residents of northern California and Colorado will be able to use the services of one of the best companies in the United States. The president opened two new offices in the city of Sacramento and Denver. The company has been operating on the market for 20 years and is considered one of the best.

3. Presidential moving services 20 years!!!

One of the best moving companies of the United States celebrates anniversary! For 20 years the company has grown to 1200 employees has 50 tracks and operates in 48 states! For all these years the company has adhered to the principles of 'everything for the customer' and has a huge number of happy customers! they have very pro crews at least 5 years experience, best customer support and bla bla bla ......

4

| | |
|---|---|
| From: | Brandon Rekers |
| To: | shuklin22@gmail.com |
| Subject: | Script |
| Date: | Monday, April 04, 2016 3:14:35 PM |

Looking to move and need assistance, but want to ensure your items are in good hands?

Well listen up…

Here at First National Moving we take great pride in the services we provide. Being one of the largest carriers in the US continues to be our mission. And it seems we continue to raise that bar.

Our vision allowed us to get here by providing the highest quality level of service, while offering the most competitive rates. And we're proud to continually do so.

We personalize each move according to your needs. I'm sure we can agree there are no 2 moves the same.

So let's get to business… Here at First National Moving we customize the move to fit your exact needs. Our team is highly trained and holds a minimum of 5 years industry experience.

We provide a constant level of service whether you have a studio apartment, a 5+ bedroom house or looking to relocate your commercial office.

First National Moving remains unmatched and stands out above the rest, that's what we do best!

So I challenge you to prove me wrong. Just pick up the phone and give us a call at (888)214-4889. See first hand how our team of professionals operate, how expectations are exceeded and how personal we are with each customer.

Thank you for your time and we hope to hear from you soon at First National Moving & Storage… Life In Motion!

5

| | |
|---|---|
| From: | dmitrysaperov@gmail.com |
| To: | Andrey Shuklin; Faith Ashford |
| Subject: | Copywrite |
| Date: | Friday, September 30, 2016 7:42:17 AM |

First article that our copywriter done, what u think guys?

Best Long Distance Moving Company in Ohio
Making the Move
It is said that home is where the heart is, locking down the house of your wonders can feel like a surreal fantasy, however the ensuing nightmare of moving from your current place of residence to your dream land can put the most patient of people off. Imagine, the sticky situation that you got yourself in when you know that you do not just have to move, you have to move long distance. Do you feel helpless and can find no way out of this conundrum of staying put or moving to the house of your dreams, then look no further then Public Moving and Storage.
The whole Quote
At Public Moving and Storage, we understand the whole process of moving can be extremely stressful and that is why our team is trained to ensure that you have a smooth and pleasant moving experience.
The overriding concern for every customer looking for a long distance mover is the exorbitant cost associated with most of such movers. Public Moving and Storage is dedicated to providing you with an affordable and quality moving experience. Prospective customers can contact our relocation specialist or visit our website to get our quotes. The process is incredibly simple, just complete the fields and get your moving quote absolutely free. This transparency allows customers to judge our competitive rates for themselves.
All about People
We believe moving is not just about transporting furniture in a truck, but about people. Our dedicated team promises a personalized moving experience, in which they will work with you to come up with a moving plan that is tailored to your needs. Our relocation specialist will work closely with you and give you what you need the most, time. Public Moving and Storage believes in going the extra mile and answering any questions that you may have. We are committed to protecting the customer from all sorts of problems and develop a smooth and efficient experience. We believe that family always come first and it is reflected as such in our operations. The staff and equipment will be ours but the move, will be all yours.
In Safe Hands
Our company understands that customers entrust not just their valuable but their whole life in the movers. As a leading company, we solemnly honor the trust that has been placed in us. All of our personnel has had their backgrounds screened. Employees associated with moving have special drug tests and undergo formal training before they interact with our customers. All your items are treated with care and carefully packaged to ensure the integrity of their transportation. You can rest assured that all our belongings will reach your destination, the way that we receive them and on time.
In addition our Dispatch and Track System, allows you to keep an eye on your precious cargo