# Use of Fake IDs

**Subject:** Fwd: Pistun
**From:** Albert Verlan <verlan1983@gmail.com>
**Date:** 4/18/2017 5:00 PM
**To:** Seth.nezat@yahoo.com


---------- Forwarded message ----------
From: **Andrey Shuklin** <shuklin22@gmail.com>
Date: Tue, Apr 18, 2017 at 4:53 PM
Subject: Fwd: Pistun
To: Serghei Verlan <verlan1983@gmail.com>


---------- Forwarded message ----------
From: **Evgenia** <usrs.ek@gmail.com>
Date: Tue, Apr 18, 2017 at 4:51 PM
Subject: Pistun
To: Andrey Shuklin <shuklin22@gmail.com>





Pistun



Evgenia <usrs.ek@gmail.com>
To ○ Andrey Shuklin



Mon 7/24/2017 4:21 PM



# Use of Fake IDs

**Subject**: RE: Agreement for moving leads -- from 123movers
**From**: info@firstnationalmoving.com
**To**: 'Joe DeAndrea' <jdeandrea@123movers.com>
**Date**: Wednesday, April 6, 2016 11:33:07 AM GMT-07:00

Attached please find the documents. I updated the email address for leads. They should be sent to leads@firstnationalmoving.com

Thank you,
Heather

**From**: Joe DeAndrea [mailto:jdeandrea@123movers.com]
**Sent**: Wednesday, April 6, 2016 11:57 AM
**To**: info@firstnationalmoving.com
**Subject**: Agreement for moving leads -- from 123movers

Hi Luke
**attached** is the agreement.
If all looks good please send back as follows:

1. please have **Evgenia fill out sign all 3 pages** where marked.
2. please have **Cardholder sign the CC page** where marked.
3. please send **copy of Evgenia's drivers license**
4. please send **document which shows Evgenia is owner of company.**

**Thanks,**

JOSEPH DE ANDREA
Senior Account Manager
**201.944.5900 x 118**
201.944.8843 fax
joe@123movers.com
www.123movers.com



## Re: CAMPAIGN #1

 Albert Verlan <verlan1983@gmail.com>
To ○ Joe DeAndrea

 Zershikova_dr_l.jpg
243 KB

On Tue, Oct 18, 2016 at 4:57 PM, Joe DeAndrea <jdeandrea@123movers.com> wrote:

This is Campaign 1 (Budget Amount $495)

AN# 161000031721

Recurring insertion order for long distance/interstate moving leads on a pay-per-lead basis from the following areas:

CAMPAIGN #1
---Long Distance/Interstate moves.......$8.00 per lead for all areas.
---origin: all points outside a 121-mile radius and within a 170-mile radius of Houston, TX zip code 77001.
---origin: all points outside a 121-mile radius and within a 170-mile radius of Hamden, CT zip code 06514.
---origin: all points outside a 121-mile radius and within a 160-mile radius of Halethorpe, MD zip code 21227.
---origin: all points outside a 121-mile radius and within a 170-mile radius of Charlotte, NC zip code 28202.
---origin: all points outside a 121-mile radius and within a 170-mile radius of Thornton, IL zip code 60476.
---origin: all points outside a 121-mile radius and within a 170-mile radius of Cincinnati, OH zip code 45201.
---origin: all points outside a 121-mile radius and within a 170-mile radius of Atlanta, GA zip code 30301. (Remove ALABAMA from this radius)
---origin: all points outside a 121-mile radius and within a 250-mile radius of Indianapolis, IN zip code 46201.
---origin: all points outside a 121-mile radius and within a 200-mile radius of Des Moines, IA zip code 50301.
---origin: all points outside a 121-mile radius and within a 200-mile radius of Minneapolis, MN zip code 55401.
---origin: all points outside a 121-mile radius and within a 140-mile radius of Denver, CO zip code 80204.
---origin: entire states of FL (exclude 850),GA, IL, IN, MD, NC, OH, SC, VA.
---Destination: USA excluding AK, GU, HI, PR, V.I.
---Distance: minimum destination distance of 150 miles or greater from the pick up location.
---Move size filter: minimum of 2 bedrooms and up.
---Move date filter: maximum of **60** days out or less.

****We will post leads directly to URL : http://www.granot.com via your email address : leads@firstnationalmoving.com
****Leads must be responded to as only "Public Moving and Storage" and not as any other company/entity/dba.

We will charge your credit card for a budget amount of $495.00.
We will send you leads until the budget is consumed, at which time the budget will be replenished automatically.
Service will automatically renew, and we will charge your credit card $495.00 each time the budget is consumed, until you notify us to stop this recurring charge.

# Use of Fake IDs (email con't)



Picture and information used for fake ID is of Shuklin's wife

# STATE OF FLORIDA
## DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

I, Gail M. Colson, do hereby affirm that I am a representative of the Florida Department of Highway Safety and Motor Vehicles (DHSMV) DL Fraud Unit and that the following statements are true:

1. Special Agent Brian J. Christ with the Ohio U.S. Department of Transportation provided a copy of purported Florida driver license.
2. The purported license has the number A121-400-79-308-0 on it and the name Alexey Pistun, DOB 10/28/1979 is a forged/counterfeit.
3. A-121-400-79-388-0 did/does belong to Iskandarkhon Abbasov.


_Gail Colson_
Signature of the DL Fraud Unit Representative


_Gail Colson_
Printed Name

STATE OF FLORIDA, COUNTY OF _Leon_
Sworn to (or affirmed) and subscribed before me this _15th_ day of _August_,
20 _17_,
by _Gail Colson_ who is personally known to me or produced
Identification _____ as proof.
*(Identification type and number)*


_Lisa Browning_
Notary Public

```
                    LISA BROWNING
                MY COMMISSION # FF 246795
                  EXPIRES: July 15, 2019
              Bonded Thru Notary Public Underwriters
```

Print, Type, or Stamp Commissioned Name of Notary Public

# STATE OF FLORIDA
## DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

I, Gail M. Colson, do hereby affirm that I am a representative of the Florida Department of Highway Safety and Motor Vehicles (DHSMV) DL Fraud Unit and that the following statements are true:

1. The DL Fraud Unit received an email from Brian J. Christ Special Agent U.S. Department of Transportation Office of Inspector General.
2. The email was pertaining to a Class E Driver License number P200-218-80-800-0 in the name of Evgenia S. Prus date of birth 10-07-1989.
3. K-200-218-80-840-0 does belong to Evgenia Vladimirovna Kukuy.
4. The Florida DHSMV did not issue the above listed Class E Driver License, it is Counterfeit.

_____
Signature of the DL Fraud Unit Representative

_____
Printed Name

STATE OF FLORIDA, COUNTY OF _Leon_

Sworn to (or affirmed) and subscribed before me this __18th__ day of _August_, 20_17_.

by ___Gail Colson___ who is <u>personally known</u> to me or produced Identification _____ as proof.
*(Identification type and number)*

_____
Notary Public

LISA BROWNING
MY COMMISSION # FF 246795
EXPIRES: July 15, 2019
Bonded Thru Notary Public Underwriters

Print, Type, or Stamp Commissioned Name of Notary Public

Discovery1-002464

# STATE OF FLORIDA
## DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

I, Gail Colson, do hereby affirm that I am a representative of the Florida Department of Highway Safety and Motor Vehicles (DHSMV) DL Fraud Unit and that the following statements are true:

1. Special Agent Brian J. Christ, Ohio U.S. Department of Transportation, provided a copy of the purported Florida Driver license.
2. The Purported license has the driver's license number Z855-805-84-045-0 on it and the name of Evgenia Zershcikova, DOB: 02/05/1988.
3. R-200-800-88-045-0 does belong to Tatiana Rakhmaninova.
4. The Florida DHSMV did not issue the above listed Class E Driver License, it is Counterfeit/Forged.

_____
Signature of the DL Fraud Unit Representative

_____
Printed Name

STATE OF FLORIDA, COUNTY OF _Leon_

Sworn to (or affirmed) and subscribed before me this __18th__ day of __August__,
20 _17_ ,
by _____Gail Colson_____ who is <u>personally known to</u> me or produced
Identification _____ as proof.
*(Identification type and number)*

_____
Notary Public

LISA BROWNING
MY COMMISSION # FF 246795
EXPIRES: July 15, 2019
Bonded Thru Notary Public Underwriters

_____
Print, Type, or Stamp Commissioned Name of Notary Public

Discovery1-002464