# JBR Underground – Ownership Documents

1

**State of Maryland**
**Department of Assessments and Taxation**
Charter Division

✓

# TRADE NAME APPLICATION

NON EXPEDITED FEE: $25.00
EXPEDITED FEE: ADDITIONAL $50.00 | TOTAL EXPEDITED SERVICE: $75.00
(Make checks payable to Department of Assessments and Taxation)
**PLEASE READ INSTRUCTIONS CAREFULLY BEFORE COMPLETING APPLICATION.**

1) **TRADE NAME:** (Only one trade name may appear on this line)
   National Relocation Solutions

2) **STREET ADDRESS(ES) WHERE NAME IS USED:** 1585 Sulphur Spring Rd St. 106
   Arbutus, MD 21227
   CITY: Arbutus    STATE: MD    ZIP: 21227
   Post office box number is only accepted when it is part of the physical address.

3) **FULL LEGAL NAME OF CORPORATE ENTITY OR INDIVIDUAL USING THE TRADE NAME:**
   JBR Underground LLC    W10522126
   If more than one owner, attach an additional sheet listing each owner with his/her address. Be sure each owner signs this form.

4) If the owner is an individual or general partnership, do they have a personal property account (an "L" number)?
   Circle one: YES  NO **(DO NOT INSERT CORPORATE ID#- D, W, F, etc.)**
   IF YES, WHAT IS THAT NUMBER? _____
   IF NO, see item 4 of the Trade Name Application Instructions.

5) **ADDRESS OF OWNER:** 1303 Hillcrest Rd
   CITY: Glen Burnie    STATE: MD    ZIP: 21061
   Post office box number is only accepted when it is part of the physical address.

6) **DESCRIPTION OF BUSINESS:** Moving of household goods

I affirm and acknowledge under penalties of perjury that the foregoing is true and correct to the best of my knowledge.
Managing Owner
Andrey Shuklin
SIGNATURE OF OWNER    (AUTHORIZED TITLE)    SIGNATURE OF OWNER (AUTHORIZED TITLE/ENTITY)

SIGNATURE OF OWNER    (AUTHORI

CUST ID: 0003065375
WORK ORDER: 0004281955
DATE: 04-02-2014 11:46 AM
AMT. PAID: $75.00

STATE OF MARYLAND
that this is a true and complete copy of the document on file in this office. DATED: 9/18/2017
STATE DEPARTMENT OF ASSESSMENTS AND TAXATION:
BY: Aisha Williams, Custodian
This stamp replaces our previous certification system. Effective: 6/95

Room 801-
Phone: (410) 767-1350 - F
Toll Free in M

rev. 9/12

2

# National Relocation Solutions

**FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION**
**FORM OP-1**
**APPLICATION FOR MOTOR CARRIER AND BROKER AUTHORITY**

Approved by OMB
2126-0016
Expires 09/30/00

This application is for all individuals and businesses requesting authority to operate as motor property common or contract carriers of property brokers.

FOR FMCSA USE ONLY
Docket No. MC-871523
Filed _____
Fee No. _____
CC Approval No. _____

**SECTION I — Applicant Information**

Do you now have authority from or an application being processed by the former CC, FHWA, OMCS or FMCSA?
[X] NO  [ ] YES   If yes, identify the lead docket numbers(s)

LEGAL BUSINESS NAME: NATIONAL RELOCATION SOLUTIONS LLC
DOING BUSINESS AS NAME:

BUSINESS ADDRESS:
3136-1 JOHN P CURCI DRIVE
HALLANDALE  FLORIDA  33009  5409662174

MAILING ADDRESS (If different from above):
3136 JOHN P CURCI DRIVE
BROWARD  FLORIDA  33009

REPRESENTATIVE (Person who can respond to inquiries):
NATIONAL RELOCATION SOLUTIONS LLC - SELF
3136 JOHN P CURCI DRIVE
BROWARD  FLORIDA  33009
Telephone Number (540) 966-2174   Fax Number

USDOT Number (If available; if not, see instructions.) 2500712

FORM OF BUSINESS (Check only one.)
[X] Corporation   State of Incorporation  FL
[ ] Sole Proprietorship   Name of individual
[ ] Partnership   Identify Partners

---

**APPLICATION FOR MOTOR PROPERTY CARRIER AND BROKER AUTHORITY - OP-1 (cont.)**

**SECTION VII — Applicants for Contract Carriage of Household Goods**

SCOPE OF OPERATING AUTHORITY. Complete one or both box(es) below, as applicable.

[ ] Contracting shippers have one or more of the distinct needs delineated in Interstate Van Lines, Inc., Extension - Household Goods, 5 I.C.C.2d 168 (1988). Describe briefly the distinct need(s):

[ ] Contracts provide for assignment of one or more vehicles for the exclusive use of each shipper in the manner specified in Interstate Van Lines, Inc., Extension - Household Goods, 5 I.C.C.2d 168 (1988).

**SECTION VIII — Applicant's Oath**

This oath applies to all supplemental filings to this application. The signature must be that of applicant, not legal representative.

I, ANDREY SKUKLIN - OWNER, verify under penalty of perjury, under the laws of the United States of America, that all information supplied on this form or relating to this application is true and correct. Further, I certify that I am qualified and authorized to file this application. I know that willful misstatements or omissions of material facts constitute Federal criminal violations punishable under 18 U.S.C. 1001 by imprisonment up to 5 years and fines up to $10,000 for each offense. Additionally, these misstatements are punishable as perjury under 18 U.S.C. 1621, which provides for fines up to $2,000 or imprisonment up to 5 years for each offense.

I further certify under penalty of perjury, under the laws of the United States, that I have not been convicted, after September 1, 1989, of any Federal or State offense involving the distribution or possession of a controlled substance, or that if I have been so convicted, I am not ineligible to receive Federal benefits, either by court order or operation of law, pursuant to Section 5301 of the Anti-Drug Abuse Act of 1988 (21 U.S.C. 862)

Finally, I certify that applicant is *not* domiciled in Mexico or owned or controlled by persons of that country. (Note: This portion of Applicant's oath does not pertain to applicants that are U.S.-based enterprises owned or controlled by persons of Mexico seeking to provide truck services for the transportation of international cargo.)

Signature: ANDREY SKUKLIN   Date: 06/05/2014

3

# Selections from OP-1 Form for National Relocation Solutions (page 3)

## APPLICATION FOR MOTOR PROPERTY CARRIER AND BROKER AUTHORITY - OP-1 (cont.)

**SECTION IV**

**Safety Certification (Motor Carrier Applicants Only)**

**APPLICANTS SUBJECT TO FEDERAL MOTOR CARRIER SAFETY REGULATIONS** - If you will operate vehicles of more than 10,000 pounds GVWR and are, thus, subject to pertinent portions of the U.S. DOT's Federal Motor Carrier Safety Regulations at 49 CFR, Chapter 3, Subchapter B (Parts 350-399), you must certify as follows:

Applicant has access to and is familiar with all applicable U.S. DOT regulations relating to the safe operation of commercial vehicles and the safe transportation of hazardous materials and it will comply with these regulations. In so certifying, applicant is verifying that, at a minimum, it:

(1) Has in place a system and an individual responsible for ensuring overall compliance with Federal Motor Carrier Safety Regulations;
(2) Can produce a copy of the Federal Motor Carrier Safety Regulations and the Hazardous Materials Transportation Regulations;
(3) Has in place a driver safety training/orientation program;
(4) Has prepared and maintains an accident register (49 CFR 390.15);
(5) Is familiar with DOT regulations governing driver qualifications and has in place a system for overseeing driver qualification requirements (49 CFR Part 391);
(6) Has in place policies and procedures consistent with DOT regulations governing driving and operational safety of motor vehicles, including drivers? hours of service and vehicle inspection, repair, and maintenance (49 CFR Parts 392, 395 and 396);
(7) Is familiar with and will have in place on the appropriate effective date, a system for complying with U.S. DOT regulations governing alcohol and controlled substances testing requirements (49 CFR 382 and 49 CFR Part 40).

[X] Yes

**EXEMPT APPLICANTS** - If you will operate only small vehicles (GVWR under 10,000 pounds) and will not transport hazardous materials, you are exempt from Federal Motor Carrier Safety Regulations, and must certify as follows:

Applicant is familiar with and will observe general operational safety guidelines, as well as any applicable State and local laws and requirements relating to the safe operation of commercial motor vehicles and the safe transportation of hazardous materials.

[X] Not Applicable

**SECTION V**

**Affiliations**

**AFFILIATION WITH OTHER FORMER ICC, FHWA OR OMCS; NOW FMCSA-LICENSED ENTITIES.** Disclose any relationship you have or have had with any other FMCSA-regulated entity within the past 3 years. For example, this could be through a percentage of stock ownership, a loan, or a management position. If this requirement applies to you, provide the name of the company, MC-number, DOT number, and that company's latest U.S. DOT safety rating. (If you require more space, attach the information to this application form.)

Do you have now, or have you ever had, any relationship with any other FMCSA Regulated entity within the past 3 years?*
[X] No

| Name of affiliated company | MC | U.S. DOT Number | U.S. DOT Safety Rating | Ever disqualified under Section 219 of the MCSIA? |
|---|---|---|---|---|
|  |  |  |  |  |

4

# Independent Van Lines

# National Relocation Van Lines

# Selections from OP-1 Form for National Relocation Van Lines (page 3)

**APPLICATION FOR MOTOR PROPERTY CARRIER AND BROKER AUTHORITY - OP-1 (cont.)**

**SECTION IV — Safety Certification (Motor Carrier Applicants Only)**

**APPLICANTS SUBJECT TO FEDERAL MOTOR CARRIER SAFETY REGULATIONS** - If you will operate vehicles of more than 10,000 pounds GVWR and are, thus, subject to pertinent portions of the U.S. DOT's Federal Motor Carrier Safety Regulations at 49 CFR, Chapter 3, Subchapter B (Parts 350-399), you must certify as follows:

Applicant has access to and is familiar with all applicable U.S. DOT regulations relating to the safe operation of commercial vehicles and the safe transportation of hazardous materials and it will comply with these regulations. In so certifying, applicant is verifying that, at a minimum, it:

(1) Has in place a system and an individual responsible for ensuring overall compliance with Federal Motor Carrier Safety Regulations;
(2) Can produce a copy of the Federal Motor Carrier Safety Regulations and the Hazardous Materials Transportation Regulations;
(3) Has in place a driver safety training/orientation program;
(4) Has prepared and maintains an accident register (49 CFR 390.15);
(5) Is familiar with DOT regulations governing driver qualifications and has in place a system for overseeing driver qualification requirements (49 CFR Part 391);
(6) Has in place policies and procedures consistent with DOT regulations governing driving and operational safety of motor vehicles, including drivers? hours of service and vehicle inspection, repair, and maintenance (49 CFR Parts 392, 395 and 396);
(7) Is familiar with and will have in place on the appropriate effective date, a system for complying with U.S. DOT regulations governing alcohol and controlled substances testing requirements (49 CFR Part 382 and 49 CFR Part 40).

[X] Yes

**EXEMPT APPLICANTS** - If you will operate only small vehicles (GVWR under 10,000 pounds) and will not transport hazardous materials, you are exempt from Federal Motor Carrier Safety Regulations, and must certify as follows:
Applicant is familiar with and will observe general operational safety guidelines, as well as any applicable State and local laws and requirements relating to the safe operation of commercial motor vehicles and the safe transportation of hazardous materials.

[ ] Not Answered

**SECTION V — Affiliations**

**AFFILIATION WITH OTHER FORMER ICC, FHWA OR OMCS; NOW FMCSA-LICENSED ENTITIES.** Disclose any relationship you have or have had with any other FMCSA-regulated entity within the past 3 years. For example, this could be through a percentage of stock ownership, a loan, or a management position. If this requirement applies to you, provide the name of the company, MC-number, DOT number, and that company's latest U.S. DOT safety rating. (If you require more space, attach the information to this application form.)

Do you have now, or have you ever had, any relationship with any other FMCSA Regulated entity within the past 3 years?*
[X] No

| Name of affiliated company | MC | U.S. DOT Number | U.S. DOT Safety Rating | Ever disqualified under Section 219 of the MCSIA? |
|---|---|---|---|---|
| | | | | |

7

# US Relocation Systems

8

# Selections from OP-1 Form for US Relocation Systems (page 3)

## APPLICATION FOR MOTOR PROPERTY CARRIER AND BROKER AUTHORITY - OP-1 (cont.)

**SECTION IV**

**Safety Certification (Motor Carrier Applicants Only)**

**APPLICANTS SUBJECT TO FEDERAL MOTOR CARRIER SAFETY REGULATIONS** - If you will operate vehicles of more than 10,000 pounds GVWR and are, thus, subject to pertinent portions of the U.S. DOT's Federal Motor Carrier Safety Regulations at 49 CFR, Chapter 3, Subchapter B (Parts 350-399), you must certify as follows:

Applicant has access to and is familiar with all applicable U.S. DOT regulations relating to the safe operation of commercial vehicles and the safe transportation of hazardous materials and it will comply with these regulations. In so certifying, applicant is verifying that, at a minimum, it:

(1) Has in place a system and an individual responsible for ensuring overall compliance with Federal Motor Carrier Safety Regulations;
(2) Can produce a copy of the Federal Motor Carrier Safety Regulations and the Hazardous Materials Transportation Regulations;
(3) Has in place a driver safety training/orientation program;
(4) Has prepared and maintains an accident register (49 CFR 390.15);
(5) Is familiar with DOT regulations governing driver qualifications and has in place a system for overseeing driver qualification requirements (49 CFR Part 391);
(6) Has in place policies and procedures consistent with DOT regulations governing driving and operational safety of motor vehicles, including drivers' hours of service and vehicle inspection, repair, and maintenance (49 CFR Parts 392, 395 and 396);
(7) Is familiar with and will have in place on the appropriate effective date, a system for complying with U.S. DOT regulations governing alcohol and controlled substances testing requirements (49 CFR 382 and 49 CFR Part 40).

[X] Yes

**EXEMPT APPLICANTS** - If you will operate only small vehicles (GVWR under 10,000 pounds) and will not transport hazardous materials, you are exempt from Federal Motor Carrier Safety Regulations, and must certify as follows:

Applicant is familiar with and will observe general operational safety guidelines, as well as any applicable State and local laws and requirements relating to the safe operation of commercial motor vehicles and the safe transportation of hazardous materials.

[X] Not Applicable

**SECTION V**

**Affiliations**

**AFFILIATION WITH OTHER FORMER ICC, FHWA OR OMCS; NOW FMCSA-LICENSED ENTITIES.** Disclose any relationship you have or have had with any other FMCSA-regulated entity within the past 3 years. For example, this could be through a percentage of stock ownership, a loan, or a management position. If this requirement applies to you, provide the name of the company, MC-number, DOT number, and that company's latest U.S. DOT safety rating. (If you require more space, attach the information to this application form.)

Do you have now, or have you ever had, any relationship with any other FMCSA Regulated entity within the past 3 years?*

[X] No

| Name of affiliated company | MC Number | U.S. DOT Number | U.S. DOT Safety Rating | Ever disqualified under Section 219 of the MCSIA? |
|---|---|---|---|---|
|  |  |  |  |  |

9

# US Relocation Systems

**Electronic Articles of Organization For Florida Limited Liability Company**

L15000186142
FILED 8:00 AM
November 02, 2015
Sec. Of State
tscott

**Article I**
The name of the Limited Liability Company is:
US RELOCATION SYSTEMS LLC

**Article II**
The street address of the principal office of the Limited Liability Company is:
1835 E HALLANDALE BEACH BLVD
667
HALLANDALE BEACH, FL. 33009

The mailing address of the Limited Liability Company is:
1835 E HALLANDALE BEACH BLVD
667
HALLANDALE BEACH, FL. 33009

**Article III**
The name and Florida street address of the registered agent is:
SERGHEI VERLAN
1835 E HALLANDALE BEACH BLVD
667
HALLANDALE BEACH, FL. 33009

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.
Registered Agent Signature: SERGHEI VERLAN

**Article IV**
The effective date for this Limited Liability Company shall be:
11/02/2015

Signature of member or an authorized representative
Electronic Signature: SERGHEI VERLAN

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

---

**APPLICATION FOR REGISTRATION OF FICTITIOUS NAME**
REGISTRATION# G15000085372

**Fictitious Name to be Registered:** US RELOCATION SYSTEMS LLC

**Mailing Address of Business:** 1835 E HALLANDALE BEACH BLVD
HALLANDALE BEACH, FL 33009

**Florida County of Principal Place of Business:** BROWARD
**FEI Number:** 47-4819107

FILED
Aug 18, 2015
Secretary of State

**Owner(s) of Fictitious Name:**
OLUMPUS A&S LLC
500 THREE ISLAND BLVD
HALLANDALE BEACH, FL 33009
Florida Document Number: L15000136114
FEI Number: 47-4819107

I the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate. I further certify that the fictitious name to be registered has been advertised at least once in a newspaper as defined in Chapter 50, Florida Statutes, in the county where the principal place of business is located. I understand that the electronic signature below shall have the same legal effect as if made under oath and I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s. 817.155, Florida Statutes.

ANDREY SHUKLIN                                    08/18/2015
Electronic Signature(s)                            Date

**Certificate of Status Requested (X)     Certified Copy Requested ( )**

10

# First National Moving and Storage

11

# First National Moving and Storage

**APPLICATION FOR REGISTRATION OF FICTITIOUS NAME**
REGISTRATION# G16000016538
Fictitious Name to be Registered: FIRST NATIONAL MOVING AND STORAGE

Mailing Address of Business: 22 ENDICOTT ST
APT 18308
CINCINNATI, OH 45218

Florida County of Principal Place of Business: BROWARD
FEI Number: 81-1405720

FILED
Feb 15, 2016
Secretary of State

Owner(s) of Fictitious Name:
OLYMPUS A&S LLC
500 THREE ISLAND BLVD
HALLANDALE BEACH, FL 33009
Florida Document Number: L15000136114
FEI Number: 47-4703977

I the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate. I further certify that the fictitious name to be registered has been advertised at least once in a newspaper as defined in Chapter 50, Florida Statutes, in the county where the principal place of business is located. I understand that the electronic signature below shall have the same legal effect as if made under oath and I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s. 817.155, Florida Statutes.

ANDREY SHUKLIN                           02/15/2016
Electronic Signature(s)                        Date

Certificate of Status Requested ( )    Certified Copy Requested ( )

---

**APPLICATION FOR REGISTRATION OF FICTITIOUS NAME**
REGISTRATION# G16000035484
Fictitious Name to be Registered: FIRST NATIONAL MOVING AND STORAGE

Mailing Address of Business: 22 ENDICOTT ST
CINCINNATI, OH 45218

Florida County of Principal Place of Business: MULTIPLE
FEI Number: 81-1405720

FILED
Apr 07, 2016
Secretary of State

Owner(s) of Fictitious Name:
US RELOCATION SYSTEMS LLC
1835 E HALLANDALE BEACH BLVD
HALLANDALE BEACH, FL 33009
Florida Document Number: L15000186142
FEI Number: 47-4703977

I the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate. I further certify that the fictitious name to be registered has been advertised at least once in a newspaper as defined in Chapter 50, Florida Statutes, in the county where the principal place of business is located. I understand that the electronic signature below shall have the same legal effect as if made under oath and I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s. 817.155, Florida Statutes.

SERGHEI VERLAN                           04/07/2016
Electronic Signature(s)                        Date

Certificate of Status Requested ( )    Certified Copy Requested ( )

# Public Moving and Storage

13

# Public Moving and Storage

**APPLICATION FOR REGISTRATION OF FICTITIOUS NAME**
REGISTRATION# G16000087348
Fictitious Name to be Registered: PUBLIC MOVING AND STORAGE

Mailing Address of Business: 8730 CINCINNATI DRIVE RD #481
WEST CHESTER, OH 45071

Florida County of Principal Place of Business: MULTIPLE
FEI Number: 81-2494430

FILED
Aug 16, 2016
Secretary of State

Owner(s) of Fictitious Name:
US RELOCATION SYSTEMS LLC
1835 E HALLANDALE BEACH BLVD
HALLANDALE BEACH, FL 33009
Florida Document Number: L15000186142
FEI Number: 47-4703977

I the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate. I further certify that the fictitious name to be registered has been advertised at least once in a newspaper as defined in Chapter 50, Florida Statutes, in the county where the principal place of business is located. I understand that the electronic signature below shall have the same legal effect as if made under oath and I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s. 817.155, Florida Statutes.

SERGHEI VERLAN                                            08/16/2016
Electronic Signature(s)                                   Date

Certificate of Status Requested ( )    Certified Copy Requested ( )

---

**APPLICATION FOR REGISTRATION OF FICTITIOUS NAME**
REGISTRATION# G16000087350
Fictitious Name to be Registered: PUBLIC MOVING AND STORAGE

Mailing Address of Business: 8730 CINCINNATI DRIVE RD #481
WEST CHESTER, OH 45071

Florida County of Principal Place of Business: MULTIPLE
FEI Number: 81-2494430

FILED
Aug 16, 2016
Secretary of State

Owner(s) of Fictitious Name:
OLYMPUS A&S LLC
2802 N 29TH AVE
HOLLYWOOD, FL 33020
Florida Document Number: L15000136114
FEI Number: 47-4819107

I the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate. I further certify that the fictitious name to be registered has been advertised at least once in a newspaper as defined in Chapter 50, Florida Statutes, in the county where the principal place of business is located. I understand that the electronic signature below shall have the same legal effect as if made under oath and I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s. 817.155, Florida Statutes.

ANDREY SHUKLIN                                            08/16/2016
Electronic Signature(s)                                   Date

Certificate of Status Requested ( )    Certified Copy Requested ( )

# Public Moving Services

15

# Public Moving Services

16