# Bank Records
## *Sent to Shuklin address*



1

# Bank Records

2

# Bank Records

# Bank Records

4

# Bank Records

# Bank records show Shuklin used business accounts for personal use



- E.g., Chase Account -2212
  - Payment to Capital One for Shuklin's credit card
  - Payment for Shuklin's mortgage

6

# Bank records show Shuklin used business accounts for personal use



- E.g., Chase Account -2212
  - Payment for Shuklin's Lexis

7