

**Subject:** Last 2 pick ups info !
**From:** Vladimir Pestereanu <vladimir.pestereanu@yahoo.com>
**Date:** 8/2/2015 9:43 AM
**To:** Phyllis Ann <nationalrelocationsolutions@gmail.com>
**CC:** "verlan1983@gmail.com" <verlan1983@gmail.com>, "shuklin22@gmail.com" <shuklin22@gmail.com>

Morning there,

The following is the info regarding last 2 pick ups.

1)
N2639321 Mary Hunter Act. Space ~ 2700 Total - 19801 Subtotal - 17776.50 Blankets 76 Storage: simply self storage 9805 wilkens blvd, mason, oh, 45040 Unit: 1738/1740" Gate code : *17383669#

2)
N2637585 Brandon Wisler Total - 13666.20 Actual space ~ 1350 Blankets - 30 Storage - simply self storage 9805 wilkens blvd, mason, oh, 45040 Unit: #1740 Gate code : *17383669#

Below is the pw for both jobs.

Feel free to call me if you have any questions.

Have a sunny Sunday.

**Subject:** John Curtin, F5770486
**From:** Евгений Каряка <karyae83@gmail.com>
**Date:** 5/25/2016 1:10 PM
**To:** info@usrelocationsystems.com, United National Moving and Storage <unationalmoving@gmail.com>, Usrs.ek@gmail.com, Andrey Shuklin <SHUKLIN22@gmail.com>

Real space 3300
Blankets 57
NO PAYMENT



2

**Subject:** Patricia Janson, 5765089
**From:** Евгений Каряка <karyae83@gmail.com>
**Date:** 5/25/2016 1:21 PM
**To:** United National Moving and Storage <unationalmoving@gmail.com>, "info@usrelocationsystems.com" <info@usrelocationsystems.com>, United National Moving and Storage <info@unitednationalmoving.com>, "Usrs.ek@gmail.com" <Usrs.ek@gmail.com>, Andrey Shuklin <SHUKLIN22@gmail.com>

Real space of whole job 1200cbf
- at warehouse 700cbf;
- delivered 500cbd
Blankets 16
Payment - 3000$ check (there is no money on check now, will be active on Friday, 05/27/16)



3



**Subject:** Job info - Beverly Hicks ( OH - AR )
**From:** Vladimir Pestereanu <vladimir.pestereanu@yahoo.com>
**Date:** 8/8/2015 2:22 PM
**To:** Phyllis Ann <nationalrelocationsolutions@gmail.com>
**CC:** "shuklin22@gmail.com" <shuklin22@gmail.com>, "verlan1983@gmail.com" <verlan1983@gmail.com>

Good afternoon,

Please see attached files below.

Actuall space ~ 3000 cub.ft
Blankets - 38

Will follow up with storage info.

**Subject:** Kevin Burbules 2300 real cubes
**From:** akhliddin.kalonov@gmail.com
**Date:** 8/3/2016 4:33 PM
**To:** Evgenia <Usrs.ek@gmail.com>, "unationalmoving@gmail.com" <unationalmoving@gmail.com>, SHUKLIN22@GMAIL.COM, Grace <Grace@firstnationalmoving.com>





**Subject:** Rebecca Cole, 5790817
**From:** Sergey Bocharov <sbocha911@gmail.com>
**Date:** 8/22/2016 1:05 PM
**To:** United National Moving and Storage <unationalmoving@gmail.com>, info@usrelocationsystems.com, usrs.ek@gmail.com, Andrey Shuklin <SHUKLIN22@gmail.com>

Real space 2300 cf
Blankets 69
No payment






8



Thu 12/17/2015 12:27 PM

Roman Iakovlev <romanyakovlev87@gmail.com>

James Freeney Job No: 2662007

To ☐ Serghei Verlan; ☐ Andrey Shuklin; ☐ United National Moving and Storage; ☐ Eric@nationalrelocationvanlines.com; ☐ Evgenia K; ☐ dispatch@usrelocationsystems.com

image-17-12-15-12-22.jpeg
1 MB

James Freeney Job No: 2662007
Date of pick up: 12.15.15
Delivery date: 12.16.15
Real: 1000

# Weldon Move
## *Shuklin on email*





10