

U.S. Department of Homeland Security
99 S E Fifth Street
First Floor
Miami, FL 33131-1600



**U.S. Citizenship and Immigration Services**

Date: 03 DEC 2012

ANDREY ALEKSANDROVICH SHUKLIN
10275 COLLINS AVE APT 427
BAL HARBOUR, FL 33154

RE: SHUKLIN, ANDREY ALEKSANDROVICH  A205676257
    RAKHMANINOVA, TATIANA  A205676258

### Asylum Approval

Dear Mr. Shuklin,

This letter refers to your request for asylum in the United States filed on Form I-589.

It has been determined that you are eligible for asylum in the United States. Attached please find a completed Form I-94, Arrival-Departure Record, indicating that you have been granted asylum status in the United States pursuant to § 208(a) of the Immigration and Nationality Act (INA) as of **11/27/12**. This grant of asylum includes your dependents listed above who are present in the United States, who were included in your asylum application, and for whom you have established a qualifying relationship by a preponderance of evidence.

You have been granted asylum in the United States for an indefinite period; however, asylum status does not give you the right to remain permanently in the United States. Asylum status may be terminated if you no longer have a well-founded fear of persecution because of a fundamental change in circumstances, you have obtained protection from another country, or you have committed certain crimes or engaged in other activity that makes you ineligible to retain asylum status in the United States. See INA § 208(c)(2).

Now that you are an asylee, you may apply for certain benefits, which are listed below. You are also responsible for complying with certain laws and regulations, if such laws and regulations apply to you. These responsibilities are also explained in this letter. We recommend that you retain the original of this letter as proof of your status and that you submit copies of this letter when applying for any of the benefits or services listed below. You may obtain any of the U.S. Citizenship and Immigration Services (USCIS) forms mentioned in this letter by visiting a local USCIS office or by calling the National Customer Service Center at 1-800-375-5283. You may also download any USCIS form from the Internet on the USCIS website at www.uscis.gov.

**Benefits**

1. Employment Authorization

You are authorized to work in the United States for as long as you remain in asylum status. Your dependents listed above are also authorized to work in the United States, so long as they retain derivative asylum status.

RFGM January 2004

www.uscis.gov

SHUKLIN, ANDREY ALEKSANDROVICH A205676257
RAKHMANINOVA, TATIANA A205676258
Page 2

In order to work in the United States, every employee must show to a prospective employer certain documentation as proof of employment authorization. That proof may consist of, among other things, an unrestricted social security card and a state-issued driver's license. It may also consist of an unexpired employment authorization document issued by USCIS. For a list of all documents that can be accepted by an employer as proof of employment authorization, consult the USCIS Form I-9, *Employment Eligibility Verification,* available on the USCIS web site at www.uscis.gov.

You and any qualifying dependents are each entitled to immediately receive an employment authorization document issued by USCIS. Please see the attached sheet entitled "Notice Regarding Employment Authorization Documentation" to find out how you can receive your employment authorization document.

2.   Derivative Asylum Status

You may request derivative asylum status for any spouse or child (unmarried and under 21 years of age) who is not included in this decision and with whom you have a qualifying relationship, whether or not that spouse or child is in the United States. To request derivative asylum status, you must submit a Form I-730, *Refugee and Asylee Relative Petition,* to the Nebraska Service Center, P.O. Box 87730, Lincoln, NE 68501-7730. **The Form I-730 must be filed for each qualifying family member within 2 years of the date you were granted asylum status,** unless USCIS determines that this time period should be extended for humanitarian reasons.

3.   Social Security Cards

You may immediately apply for an unrestricted Social Security card at any Social Security office. To get an *Application for a Social Security Card* (Form SS-5) or to get more information about applying for a Social Security card use www.ssa.gov on the Internet, call the toll-free number 1-800-772-1213, or visit a local Social Security office. When you go to a Social Security office to apply for a Social Security card, you must take your I-94 card showing you have been granted asylum status. If available, you should also take some kind of photo-identity document, such as an EAD or your passport. For directions to the Social Security office nearest to you, call the Social Security Administration toll-free number or visit the website listed above.

4.   Assistance and Services through the Office of Refugee Resettlement (ORR)

You may be eligible to receive assistance and services through the Office of Refugee Resettlement (ORR). ORR funds and administers various programs, which are run by state and private, non-profit agencies throughout the U.S. The programs include cash and medical assistance, employment preparation and job placement, and English language training. Many of these programs have time-limited eligibility periods that begin from the date of your grant of asylum. Therefore, if you wish to seek assistance, it is important that you do so as soon as possible after receipt of this letter. To find out what programs are available and where to go for assistance and services in your state, **please call (800) 354-0365.** You also may sign on to the ORR website at www.acf.dhhs.gov/programs/orr.

5.   Employment Assistance

You are eligible to receive a variety of services under Title I of the Workforce Investment Act of 1998. Such services include job search assistance, career counseling, and occupational skills training. These and other services are available at local One-Stop Career Centers. To obtain information about the Center nearest you,

RFGM January 2004

SHUKLIN, ANDREY ALEKSANDROVICH A205676257
RAKHMANINOVA, TATIANA A205676258
Page 3

please call 1-877-US2-JOBS. The information is also available on-line through America's Service Locator at www.servicelocator.org.

6. <u>Adjustment of Status</u>

You may apply for lawful permanent resident status under section 209(b) of the Immigration and Nationality Act after you have been physically present in the United States for a period of one year after the date you were granted asylum status. To apply for lawful permanent residence status, you must submit a separate Form I-485, Application to Register Permanent Residence or Adjust Status, for yourself and each qualifying family member to the Nebraska Service Center, P.O. Box 87485, Lincoln, Nebraska, 68501-7485.

**Responsibilities**

1. <u>Departing from the United States</u>

If you, and/or your qualifying family members with derivative asylum status, plan to depart the United States, you must each obtain permission to return to the United States before you leave this country by obtaining a refugee travel document(s). A refugee travel document may be used for temporary travel abroad and is required for re-admission to the United States as an asylee. If you and/or your qualifying family members do not obtain a refugee travel document in advance of your departure, you may be unable to re-enter the United States, or you may be placed in removal proceedings before an immigration judge. You and each qualifying family member may apply for a Refugee Travel Document by each submitting a Form I-131, *Application for Travel Document*, with the required fee or request for fee waiver under 8 C.F.R. 103.7(c) to the Nebraska Service Center, P.O. Box 87131, Lincoln, NE 68501-7131.

2. <u>Changes of Address</u>

You must notify the Department of Homeland Security (DHS) of any change of address within ten days of such change. You may obtain a Form AR-11, *Alien's Change of Address Card* at your nearest post office or USCIS office, or online at www.uscis.gov, to comply with this requirement.

RFGM January 2004

SHUKLIN, ANDREY ALEKSANDROVICH  A205676257
RAKHMANINOVA, TATIANA  A205676258
Page 4

3. Selective Service Registration

All male asylees between the ages of 18 and 26 must register for the Selective Service. To obtain information about the Selective Service and how to register, you may sign on to the Selective Service website at www.sss.gov or obtain a Selective Service "mail-back" registration form at your nearest post office.

**Note: Please write your full name, date of birth, and A number on any correspondence you have with the DHS.**

Sincerely,

for Varsenik Papazian
Director
MIAMI ASYLUM OFFICE


Enclosures: \_\_\_\_ I-94 Card(s)
\_\_\_\_ Form I-688B, Employment Authorization Card

RFGM January 2004