| | |
|---|---|
| Shuklin Andrei Aleksandrovich<br>Date of birth  The 22nd May 1987 | Russian Federation |
| Previous document of education: Certificate of secondary (complete) General Education issued in 2004<br><br>Entrance Examination  Passed<br>Entered:<br>Private educational institutions "Moscow International Institute of Econometrics, Informatics, Finance and Law"(part-time student) in 2004<br><br>Graduated<br>private institutions offering seasoned professional education Moscow Financial and Industrial Academy "Moscow Financial and Industrial Academy"(part-time student) in 2009<br><br>Normative period of internal form of study  5 years<br><br>Course/Specialty  jurisprudence<br>Specialization  Financial and Legal<br><br>Term Project:<br>Legal culture. Legal nihilism and legal fetishism, good.<br>Customs transit regime: general and movements of sensitive goods, good<br>Practical work<br>educational practice, 3 weeks, passed<br>undergraduate experience, 9 weeks, passed<br>Final State examinations:<br>theory of law, good<br>financial rights, good.<br><br>Realization and presentation of final expert paper on the subject of "on the purpose and content of the customs value of goods for customs purposes, 15 weeks, perfectly", 14 week, excellent<br><br>This diploma entitles the right of professional work in compliance with the standard of education and qualification | Moscow<br>State Educational Institution of Higher Professional Education<br>"Moscow State Open University"<br><br>**ENCLOSURE TO THE DIPLOMA**<br><br>№ ВСГ 1532405<br>1196<br>Registration number<br><br>May 27, 2009<br>Date of issue<br><br>According to the decision Of the State examination Board<br><br>Of  May 27,  2009<br><br>has received<br>a qualification of<br><br>"Lawyer"<br><br>Rector         signature<br>Dean          signature<br>Secretary     signature |
| Continuation see over | Official Seal |

Not valid without a diploma

*I hereby declare that I am fluent and literate in both Russian and English, and that I am qualified to translate documents and other textual materials from one language to the other.*

Translator: _____ (Kristina Ustinova)

Щукин Андрей Александрович

Дата рождения 22 мая 1987 года

Предыдущий документ об образовании

аттестат о среднем (полном) общем образовании, выданный в 2004 году

Вступительные испытания
Поступил(а) в прошел

2004 году в Негосударственное образовательное учреждение "Московский международный институт эконометрики, информатики, финансов и права" (очная форма)
Завершил(а) обучение в

2009 году в Негосударственном образовательном учреждении высшего профессионального образования "Московская финансово-промышленная академия" (очная форма)

Нормативный период обучения по очной форме
5 лет

Направление/специальность
Юриспруденция

Специализация
Финансово-правовая

Курсовые работы:

Правовая культура. Правовой негилизм и правовой фетишизм, хорошо
Таможенный режим транзита: общие положения и особенности перемещения товаров отдельной категории, хорошо

Практика:

Учебная практика, 3 недели, зачтено
Преддипломная практика, 9 недель, зачтено

Итоговые государственные экзамены:

Теория государства и права, отлично
Финансовое право, отлично
Выполнение и защита выпускной квалификационной работы

на тему "Назначение и содержание таможенной стоимости товаров для таможенных целей", 15 недель, отлично

Данный диплом дает право профессиональной деятельности в соответствии с уровнем образования и квалификацией.

Продолжение см. на обороте

---

г. Москва

Негосударственное образовательное учреждение высшего профессионального образования «Московская финансово-промышленная академия»

**ПРИЛОЖЕНИЕ К ДИПЛОМУ**

№ ВСГ 1532405

1196
(регистрационный номер)

27 мая 2009 года
(дата выдачи)

Решением Государственной аттестационной комиссии

от 27 мая 2009 года

присуждена

Квалификация

ЮРИСТ

Ректор
Декан
Секретарь

THE DIPLOMA IS A STATE DOCUMENT
OF HIGHER EDUCATION

Registration № 1196 May 27 2009

RUSSIAN FEDERATION
Moscow
Private educational institution
Higher Professional Education
"MoscowIndustry and Finance"

# DIPLOMA

ВСГ 1532405

*According to the decision of
The State Examination*

Board of May 27, 2009
Shuklin Andrei Aleksandrovich

HAS RECEVED A QUALIFICATION OF

LAWYER
In specialty
"Jurisprudence"

Chairman of The State Examination Board     signature
Rector of the University     signature

Official seal affixed

*I hereby declare that I am fluent and literate in both Russian and English, and that I am qualified to translate documents and other textual materials from one language to the other.*

Translator: _[signature]_ (Kristina Ustinova)

**НЕГОСУДАРСТВЕННОЕ ОБРАЗОВАТЕЛЬНОЕ УЧРЕЖДЕНИЕ
ВЫСШЕГО ПРОФЕССИОНАЛЬНОГО ОБРАЗОВАНИЯ
МОСКОВСКАЯ ФИНАНСОВО-ПРОМЫШЛЕННАЯ АКАДЕМИЯ**

# ВЫПИСКА ИЗ ПРИКАЗА

№ 0505-ст                                                                                        г. Москва

от "27" мая 2009г.

*О присвоении квалификации*

ПРИКАЗЫВАЮ:

1. Нижеследующим студентам очной формы получения образования специальности «Юриспруденция» специализации "Финансово-правовая", полностью выполнившим учебный план, сдавшим Государственный междисциплинарный экзамен по специальности и защитившим выпускную квалификационную работу, в соответствии с решением Государственной аттестационной комиссии №55 от 27 мая 2009 года, присвоить квалификацию ЮРИСТ с вручением диплома о высшем профессиональном образовании по специальности «Юриспруденция» специализации "Финансово-правовая":

без отличия

| № | ФИО студента | Группа | Гражданство |
|---|---|---|---|
| 20. | Шуклину Андрею Александровичу | ДЛЮ-502 | РФ |

*Основание: служебная записка*

Проректор по учебной работе                                                Т.А. Семкина

Выписка верна:

**Начальник центра оформления документов**

М.А. Цацаниди

None-state Educational Institution

"Customs Courses"

190013, St.Petersburg, Klinskiy Ave, bldg 23

# CERTIFICATE

This original certificate confirms that

Shuklin Andrey Aleksandrovich

Passed the course (110 hours)

"Customs cargo execution"

From 12.01.08 to 12.19.08

Director of NSEI "Customs courses"

Tarasova E.B.

December 19, 2008

St.Petersburg

*I hereby declare that I am fluent and literate in both Russian and English, and that I am qualified to translate documents and other textual materials from one language to the other.*

Translator: _____ (Kristina Ustinova)

Негосударственное образовательное учреждение
«Таможенные курсы»

190013, Санкт-Петербург, Клинский пр., д. 23

# СЕРТИФИКАТ

*Настоящий сертификат свидетельствует о том, что*

## Шуклин Андрей Александрович

*с 01.12.08 г. по 19.12.08 г.*

*прошел(а) обучение по курсу (110 часов)*

## «Таможенное оформление грузов»

Директор НОУ «Таможенные курсы»

_____ Тарасова Е.В.

«19» декабря 2008 г.

г. Санкт-Петербург

# Certificate

No. 06-41

About completion of "Introductory Course"

Of the Academy of Sports arbiter

And assigning of a category of a referee

Issued to Shuklin Andrey

April 5, 2010

Director of the Academy of sports arbiter, referee of international category Levnikov N.B.     Signature

Head of the academic department of "Academy of Sports Arbiter" Semenov V.V.    Signature

Stamp

*I hereby declare that I am fluent and literate in both Russian and English, and that I am qualified to translate documents and other textual materials from one language to the other.*

Translator: _____ (Kristina Ostinova)



# СВИДЕТЕЛЬСТВО

№ 06-41

Об окончании "Начального курса"

АКАДЕМИИ СПОРТИВНОГО АРБИТРА

и присвоении категории судья по спорту

выдано

## Шуклину Андрею.

05 апреля 2010 года

Директор
"Академии спортивного арбитра"
судья Международной категории
Н.В. Левников

Заведующий
учебной частью
"Академии спортивного арбитра"
В.В. Семенов



Российская Федерация, город Москва.
Двадцать девятого июня две тысячи десятого года
Логинов Юрий Степанович, нотариус города Москвы, свидетельствую верность этой копии с подлинником документа. В последнем подчисток, приписок, зачеркнутых слов и иных неоговоренных исправлений или каких-либо особенностей нет.
Зарегистрировано в реестре № 9-2910
Пошлина по тарифу

Нотариус