Judge Timothy S. Black
Cincinnati Office
Potter Stewart U.S. Courthouse, Room 815
100 East With Street
Cincinnati, Ohio 45202

Dear Judge Black,

My name is Tatiana, and I am the wife of Andrey Shuklin. I met him 6 years ago, upon my arrival to US. I immediately fell in love with him, because he is an incredible person.
His kindness always amazed me, he is always there at the time of need, and never refuses to help. He always tries to save some money for charity and over the years had helped many people and children who suffered from different illnesses. He loves dogs, I remember we found a dog in the middle of a lake that was almost dying, and he took her to hospital and tried finding her owner.
He is the love of my life, my support, my best friend and the best father I could wish for my daughter! I had an emergency C section last year and had to spent couple days in hospital staying at bed. Andrey did everything for our daughter P       he changed her diapers, fed her, swaddled her, and stayed up all night comforting her. Andrey still continues to help me with our child and day to day chores. Now our daughter is 14 months, and her first word was Papa. I can assure you and promise that there is no way he can leave USA. He was so happy to get political asylum and he loves USA! He came here without any knowledge of English . Over the course of years he learned the language, and American traditions and culture. US became his home, he wouldn't want to be anywhere else. Our daughter has American passport and I'm willing to surrender it for hold, as well as mine and Andrey's, just to assure and show that we will stay here.
We really miss him, and need him to be with us while he prepares for the court.

Sincerely,
Tatiana Rakhmaninova

**FLORIDA SHORT-FORM INDIVIDUAL ACKNOWLEDGMENT**
F.S. 695.25

State of Florida
County of Miami-Dade

The foregoing instrument was acknowledged before me this 25th day of August, 2018, by Anastassi Sikar, Name of Person Acknowledging

who is personally known to me or who has produced Florida Drivers License # S260-000-93-530-0 Type of Identification as identification.

DIANA M. PACHECO
Notary Public – State of Florida
Commission # GG 116156
My Comm. Expires Jun 19, 2021

Place Notary Seal Stamp Above

Signature of Notary Public

Diana M. Pacheco
Name of Notary Typed, Printed or Stamped

Notary Public — State of Florida

———— OPTIONAL ————

Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**

Title or Type of Document: Letter
Document Date: 8/25/18                    Number of Pages: 1
Signer(s) Other Than Named Above: N/A

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5181