January, 21, 2021

Honorable Douglas R. Cole
United States District Judge
100 East Fifth Street
Cincinnati, Ohio 45202

Dear Honorable Judge Cole,

my name is Irina Rakhmaninova and I am mother of Andrey Shuklin's wife, Tatiana. I am a teacher of German language and literature. I have known Andrey already nine years, since 2012, when I first came to the USA to visit my daughter, who was studying at the University in Miami. I knew that she had a boyfriend, but was pretty skeptical about that – it could distract her from studies. But the first minute, I saw him at the airport, saw his eyes and his smile, changed my opinion. Since that very moment I have been a rare woman, who has deeply loved her son-in-law with all her heart and nothing in the world can change it.
    He is not only an excellent son-in-law, he is a caring husband and the best in the world dad.
    He has always been a welcome guest in our family, we used to celebrate together many events and now my home feels empty without him.
    He has always been one of the most supportive persons in my life, who I could turn to every minute when I needed help. When my mother passed away, his calls to Russia helped me a lot to go through difficult times.
    I am aware of the charges he pleaded guilty to. But I am deeply convinced that he wishes to change everything in his life and to work in a right way, following the law in the future. I am sure wrong things will never happen again. He is going through hard times at this moment, being separated from his family, and

that is already a serious punishment for him. He is a completely different person now, I'm sure.

Some days ago his 3-year-old daughter asked me: 'Granny, does the Red riding Hood have no Dad? Like me?' I said to her: ' I don't know exactly about Red riding Hood's dad, but you do have the best ever dad and I hope that you will see him soon.'

I ask you for a lenient sentence.

Sincerely,
Irina Rakhmaninova