Miami, FL 33136

January 15, 2021

The Honorable Douglas R. Cole
United States District Judge
100 East Fifth Street
Cincinnati, Ohio 4502

Dear Judge Cole,

My wife Vera and I are writing to urge for leniency in the sentencing of Andrey Shuklin. We consider Andrey to be a close family friend.

I work for an affordable housing development firm in South Florida. I've been with the same company since I started there as an intern eight years ago. My education is in natural science but I'm most useful as a financial analyst. I've spent four years and graduated as a cadet of a US military academy. My wife and I have been together for nine years and Andrey and his family were guests at our small wedding.

In our community Andrey is well liked for being humble and genuine. In the time we have known him, there have been situations that have given us insight into Andrey's character. I've witnessed his sincere concern in conversation about people he thought needed help. Of the few examples that I'm aware of, Andrey has financially supported destitute acquaintances, given people shelter in his home and has personally arranged for professional help for someone struggling with a crisis. I have always considered Andrey to not only be a good person in a passive sense, but someone who is truly decent given what he has chosen to do for people that could do nothing for him in return.

We think that the unexpected arrest and nearly three year detainment that Andrey has endured has been a significant and impactful punishment for him. The severe experience of incarceration has altered Andrey's life enough to constitute sufficient retribution for the decisions that he takes responsibility for. His example would certainly serve as a deterrent and would compel businesses to operate above board.
Knowing Andrey, my wife and I think that the trauma of a punishment beyond what has already been given will have a diminishing intended effect compared to the damage it would cause to the lives of Andrey and his family.
Based on this, we respectfully ask the court to impose a lenient sentence that would allow Andrey to rebuild his life abiding by the lesson that he has learned.

Sincerely,

Dennis Katsman & Vera Khazanova