Judge Timothy S. Black
Cincinnati office
Potter Steward U.S. Courthouse, Room 815
100 Wast Fifth Street
Cincinnati, Ohio 45202

Dear Judge Black,

My name is Anita Fedasevich. I'm originally from Belarus. Living in Miami, Florida for last 7 years. Worked for Loro Piana company over 5 years as a Senior Sales Assosiate.

I know Andrey Shuklin through his wife, my best friend Tatiana Rakhmaninova. I met their family in Miami, Florida, more than 5 years ago and since then our friendship has been growing.
For all that period I never had doubts that Andrey is a great man and the first friend to come and to help in any life situations. It was a period of my life when I had to stay somewhere for 3 weeks, their family was first to offer me a room! Andrey helped me many times with handy stuff in my apartment as putting together furniture, painting walls, assembling heavy doors and etc. Many times when I didn't have my own car - he helped me with transportation. also on multiple occasions when my parents were coming to visit me he always was available to offer his help.
He is a man of a big good heart! And always kept his promises.
He is very witty, generous and hard-worker.
It was so emotional and thrilling always to watch how their family was growing! From loving and caring husband, who always was supportive and wonderful for Tatiana, he grew into amazing father. Their family always is priority for him. Their future, their saftiness and health - this is what he cares and works hard for.

He devotes himself completely to his new born daughter. Always around her, spending so much time with her, playing games, helping Tania.

At my previous job at Bal Harbour Shops - it were several charity events on multiple annual occasions, their family always was there and participated in donation.
Also right before Christmas time we together participated at "Toys for Tots" (it was collected at my former job)!

He loves the country where he met his wife, where they created their family, where they bought their first family apartment and where their daughter 1st       was born. His life is in USA. His friends and family live here! He values this country a lot with all the opportunity USA provides. He will never leave America.

As a good friend of their family, who knows Andrey for more than 5 years and being always close to them, I can say without any hesitation that he is an amazing reliable friend, with good and big heart, loving and very responsible father and husband. Who is very proud and patriotic of being American in his heart and in his head!

Sincerely,
Anita Fedasevich

Anastassia Sikar

Hallandale FL
33009

August 23, 2018

To whom it may concern,

Im writing on behalf of Andrey Shuklin. I know him since 2012 and he is very good friend of mine.

Andrey helped me and my family through the hardest time in my life. On September 10th 2017 my fiance Maksim Yurchenko passed away from cancer. On that day whole Florida was suffering from hurricane Irma. Cancer not only took love of my life, but also faced me to the financial problems. Andrey was very supportive and helpful. He organized and paid for funerals of my fiance. Also when my house was without electricity for a week after hurricane he provided me a place to stay. I'll never forget his kindness and support.

Andrey is a person of very good moral character. He operates with integrity and never has a bad word to say about anyone.

If you have any additional questions, please do not hesitate to contact me at

Sincerely,

*ANASTASSIA Sikar*

January 24, 2021
Honorable Douglas R. Cole
United States District Judge
100 East Fifth Street
Cincinnati, Ohio 45202

Dear Honorable Judge Cole,

my name is Alvaro Rebolledo, a citizen of the US. I am a senior satellite engineer in Carnival Cruise Line. It is my great pleasure to provide this letter on behalf of my good friend Andrey. I have known Andrew since 2016, since that time he has been a close friend to me. He is the spouse of Tatiana, who is the daughter of my wife Irina. Andrey and Tatiana helped me a lot to get in touch with Irina at the beginning of our relation and now I can say that thanks to him I'm married a wonderful woman who made my life much better. Andrew is also a responsible and courteous person, a great dad and a good son and son-in-law. He is known for his great gratitude to others without ever asking for anything in return. We used to invite him often to our home, I liked to talk him, discussing a lot of problems and trying to teach him Spanish. Now I know he hasn't given up learning Spanish even in prison. He is a very interesting person to interact with.

I am aware of the charges he pleaded guilty to. I'm completely sure that years, spent in prison without seeing his family and friends, have changed him a lot and he will always follow the rules of the law in his future life.

We all-his wife, daughter and my family – need him and miss him a lot.

I hope this letter serves to testify part of how much he represents for us a family and friend.

I ask for a lenient sentence to him.

Sincerely,

Alvaro Rebolledo

AVENTURA, FL 33180

January 29, 2021

Honorable Douglas R. Cole
United States District Judge
100 East Fifth Street
Cincinnati, Ohio 4502

Dear Judge Cole,

My name is Alexandra Fedorova. I live in Miami and work as a Real Estate Broker Associate at Wolsen Real Estate company.

I've known Andrey Shuklin for over 6 years. Once we met here in the United States we found out that we were born in the same city in Russia, Volgograd. We realized how many mutual friends we have. My best friend Julia went to the same school and grade with Andrey.

With time we've become close friends with him and his family. And once their daughter P ,was born I was honored to become her Godmother.

Andrey is a very kind and polite person. He is a very reliable friend, that is always willing to offer support. We spent many family holidays together and I was always impressed by how he treated our older generation. He was always the first one to offer help if someone needed a hand. He truly is a wonderful person in every sense.

Since I know all his family and many of his friends I can say with confidence that he is a great father, caring husband, loving son and a reliable friend.

His family needs him very much!

Sincerely,
Alexandra Fedorova

Anastasiya Boikova

Boca Raton, FL, 33486

January 15, 2021

To Whom It May Concern:

My name is Anastasiya Boikova, I am the founder and the owner of Viva Pediatric Therapy. I am a Licensed Occupational Therapist and MNRI Core Specialist. My passion is to help individuals to live their life to its fullest. Viva Pediatric Therapy provides therapy services (Occupational Therapy and MNRI Reflex Integration Therapy) personalized to the individual needs of special needs children.

I know Andrey and his wife Tatiana for about 6 years. We had a common friendship community where we celebrated birthdays together, played games, spend time in nature and doing BBQ together. During the past few years I had no contact with Andrey, however communicated with Tatiana and his daughter P'

I am aware of the charges Andrey pleaded guilty to.

I am asking for lenient sentence for Andrey. I find that when we were friends in the company he was a good man, interacted well with other, he was reliable, and showed good character. He is open hearted, kind, honest and easy going. He had an ability to understand people of different cultures. He was always able to explain his views very concisely and gave supporting arguments that were both clear and persuasive. He was a well disciplined person with a pleasant personality. I am currently working as an occupational therapist with his daughter P, , I see the struggles that his family going through. He is loving father and husband and he is missed a lot. His wife and daughter loves him so much. P' would benefit so much from having him in her life. It affects her development and character.

If I can be of any further assistance, or provide you with any further information, please do not hesitate to contact me at

Sincerely,

Anastasiya Boikova

Honorable Douglas R. Cole
United States District Judge
100 East Fifth Street
Cincinnati, Ohio 45202

Уважаемый, Judge Cole !

Я, Шуклин Владимир, старший брат Андрея Шуклина, советник президента футбольного клуба «Анжи». Я знаю, какие обвинения предъявляют моему брату Андрею, так как, в настоящее время имею возможность общаться с ним по телефону.

Judge Cole , прошу Вас смягчить приговор моему брату. Он очень хороший человек. Он рос честным, добрым, послушным ребенком. Так как мама с папой много работали, я, как старший брат, много времени проводил с ним. Он очень любил спорт, увлекался футболом, много читал, занимался музыкой (ходил в музыкальную школу). Он никогда никого не обижал, у него было много друзей. Он всегда хорошо учился. После окончания гимназии поступил в университет и тоже хорошо закончил его, поступил в аспирантуру, работал по специальности юристом.

Также он окончил курсы на спортивного судью по футболу и участвовал в спортивных соревнованиях. Затем он закончил курсы таможенного брокера, выучил иностранные языки и т.д. Он все время к чему-то стремился, быстро увлекался, учился, пытался сделать что-то новое.

Он очень любил бабушку, дедушку. Тяжело переживал смерть дедушки и отца. Андрей очень любит, маму, свою семью, своих детей. Мой брат очень хороший отец. Девочки его обожают и очень скучают за своим папой. У старшей девочки сейчас переходный возраст, она очень нуждается в поддержке отца.

Андрей глубоко верующий человек, всегда посещал храм, всегда носил крестик, много расспрашивал бабушку о боге.

Мы очень дружны с братом, у него очень много друзей. Мы все его любим и очень ждем.

С уважением, Шуклин Владимир _____

Honorable Douglas R. Cole
United States District Judge
100 East Fifth Street
Cincinnati, Ohio 45202

Dear Judge Cole!

I, Shuklin Vladimir, elder brother of Andrey Shuklin, advisor to the President of the Anji football club. I know what accusations are being brought against my brother Andrey, as I am currently able to communicate with him by phone.

Judge Cole, I ask you to be lenient with my brother's sentence. He is a very good man. He grew up as an honest, kind, obedient child. Since our mom and dad worked a lot, I, as an older brother, spent a lot of time with him. He was very fond of sports, football, read a lot, studied music (went to a music school). He never offended anyone, he had many friends. He always studied well. After graduating from gymnasium, he entered the University and also graduated from it well, embarked on postgraduate studies, and worked as a lawyer by profession.

He also completed courses to become a sports football judge and participated in sports competitions. Then he completed the customs broker courses, learned foreign languages, etc. He was striving for something all the time, was quickly fascinated with something, studied, tried to do something new.

He loved his grandmother and grandfather very much. He grieved the death of his grandfather and father. Andrey loves his mother, his family and children very much. My brother is a very good father. His girls adore him and miss their dad very much. The older girl is now a teenager, she really needs the support of her father.

Andrey is a deeply religious person, he always visited the church, always wore a cross, and asked his grandmother a lot about God.

My brother and I are very friendly, he has a lot of friends. We all love him and are waiting for him.

Respectfully, Shuklin Vladimir ____(signed)____

Judge Timothy S. Black
Cincinnati Office
Potter Stewart U.S. Courthouse, Room 815
100 East With Street
Cincinnati, Ohio 45202

Dear Judge Black,

My name is Nikolay Buharov, I am writing this letter in hopes that it will help you to see what type of person Andrey Shuklin is, despite the events that led to this point.

I've known Andrey for almost 4 years and can attest to his strength of character and compassion for others. I first met Andrey through a mutual friend. We and our families have become close friends.

Andrey is a cherished friend and all around lovely person. He is thoughtful, reliable, and warm. Everybody loves him! He is a very hardworking and honest man. Andrey is first one to help in a time of need.

He is one of the most involved and enthusiastic family men i have met. His wife and daughter mean the world to him. We have spent a lot of time together in different settings, and i first hand witnessed what a great family man he is.

Separating such a great young family would be devastating. So i can only kindly ask that Andey would remain in the US with his wife Tatiana and daughter P___.

I have complete confidence that Andrey is in no way a danger to himself or others and is not a flight risk.

Please feel free to contact me at anytime and the number listed below.

Thank you!

Anastassia Sikar
Aventura, FL 33180

January 17, 2021

To the honorable Judge Douglas Cole,

My name is Anastassia Sikar. I live in Aventura, FL and I'm realtor here in Florida, helping people to find their dream homes.

I know Andrey Shuklin since 2012. He and his wife Tatyana are very good friends of mine. He is a very responsible, respectful and kind person. I remember when my fiancé was suffering from cancer in 2016-2017 Andrey was always supporting him and being next to him as a true friend. When my fiancé passed away on September 10 2017 Andrey was helping me and my family to organize funerals and he was always next to me making sure that I'm fine. I always remember his kindness and support and I'm very thankful for that.

During the past few years I talk and support his wife Tatiana and I see their 3,5 year old daughter P how she is missing her beloved dad and how she need him in her life which is very important to have both parents in this young age.
I remain convinced that Andrey possesses the desire and determination to learn from this experience and move in a positive direction with his life. He has a large and committed support system in me, our friends and his entire family.

I understand the seriousness of this matter however, hope the court will show some leniency.

Sincerely,

Anastassia Sikar

Judge Timothy S. Black
Cincinnati Office
Potter Stewart U. S. Courthouse, Room 815
100 East Fifth Street
Cincinnati, Ohio 45202

Dear Judge Black,

I, Alexandra Fedorova, am pleased to write this letter about Andrey Shuklin.

I have known Andrey as a friend for about four years now. We met at our mutual friend's birthday dinner. Later on, our families became close friends.

We spend most of the holidays together. We have traveled together on vacation. And I was lucky enough to become a godmother to his wonderful daughter P

I can state with confidence that Andrey is a very kind and reliable friend and person. He has provided loyal support to me during difficult times in my life. He is always ready to help. And he is absolutely not indifferent to the difficulties in the lives of his loved ones. In addition, I've never witnessed him say anything bad about other people, which shows a very strong moral character. I also never heard any bad words said about him by others.

*Alexandra Fedorova*
08/24/18

County of Miami-Dade
State of Florida
On this 24 day of AUGUST 20 18
Alexandra Fedorova appeared to me and
produced U.S. PASSPORT
Stamp & Notary Signature

NICOLE M. SINANAN
Notary Public – State of Florida
Commission # GG 198248
My Comm. Expires Mar 20, 2022

Judge Timothy S. Black
Cincinnati office
Potter Steward U.S. Courthouse, Room 815 100 Wast Fifth Street Cincinnati, Ohio
45202

Dear Judge Black,

My name is Daniel Fulgham from Dallas, TX. I have known Andrey for about three years. We met through my wife who is friends with Andrey's wife.

Over the last three years I have had the opportunity get to know Andrey through trips together, many dinners and lunches and other outings. I also was thrilled to be around as they welcomed their new baby as well as him attending my wedding.

The two things that stick out to me about Andrey are his unquestionable dedication to his wife and new baby and his love of the United States. The first is apparent to anyone who has met him or been around him. In my mind he is the image of a doting father and husband. He is nothing but gentle and loving with his family.

Secondly, over numerous discussions I have had with him he has expressed his love for the United States. He is absolutely grateful to be here and having the opportunity to build a life and a family here. For Andrey his home is the United Sates, his daughter is a US citizen and in his mind this is his final destination.

Sincerely,

Daniel Fulgham

To Judge Cole,

Моё имя, Борис Дамский, я работаю програмистом в компагии McKinsey and Co.

Мы познакомились с Андреем и его семьей 4 года назад. Стех пор мы часто вместе путешествовали и проводили вместе время. Андрей всегда вел себя как хороший друг, муж и отец.

Мы узнали что Андрей признал свою вину вмененную ему но просим судью быть к Андрею более благосклонным. Андрей хороший человек и нуждаеться во втором шансе. За то время что он был в заключении его семья прошла через многое и нуждаеться в нем как никогда.

С уважением

Семья Дамских.

To: Judge Cole

My name is Boris Damskiy, I work as a programmer for the McKinsey and Co.

We met Andrey and his family 4 years ago. Since then, we have often traveled together and spent time together. Andrey has always behaved like a good friend, husband and father.

We learned that Andrey admitted his guilt, but we ask the Judge to be lenient with Andrey. Andrey is a good person and needs a second chance. During the time that he was in prison, his family went through a lot and needs him more than ever.

Sincerely,

The Damskiys family.

Honorable Douglas R. Cole

United States District Judge

100 East Fifth Street

Cincinnati, Ohio, 45202

Dear Judge,

My name is Nikolay Bukharov, I'm a President of auto company Motors Trust Inc.

I am writing this letter in hopes that it will help you to see what type of person Andrey Shuklin is, despite the events that led to this point.

I've known Andrey for almost 4 years and can attest to his strength of character and compassion for others. I first met Andrey through a mutual friend. We and our families have become close friends.

Andrey is a cherished friend and all around lovely person. He is thoughtful, reliable, and warm. Everybody loves him! He is a very hardworking and honest man. Andrey is first one to help in a time of need.

He is one of the most involved and enthusiastic family men i have met. His wife and daughter mean the world to him. We have spent a lot of time together in different settings, and i first hand witnessed what a great family man he is.

Separating such a great young family would be devastating. So i can only kindly ask that Andery would remain in the US with his wife Tatiana and daughter P

I have complete confidence that Andrey is in no way a danger to himself or others and is not a flight risk.

Please feel free to contact me at any time and the number listed below.

Thank you!

*Nikolay Bukharov*
*1/16/2021*

January 18, 2021

Honorable Douglas R. Cole
United States District Judge
100 East Fifth Street
Cincinnati, OH 45202

Dear Honorable Judge Cole:

My name is Daniel Fulgham and I am a resident of Miami, Florida. I was born and raised in Dallas, Texas and moved to Miami years ago when I met my wife. My entire career has been around financial services including stints on Wall Street. Currently, my work is advising credit unions on behalf of their members. I have been a member of Highland Park Presbyerian Church in Dallas, TX as well as the First Presbyterian Church in Miami, FL.

Andrey and I became friends almost 6 years ago. I met him through my wife who is friends with Andrey's wife. I have gone on numerous trips with Andrey and they were guests at our wedding. It is more than fair to say he always was very kind to me when I first moved to Miami and I am happy to call him my friend. He was always available to talk and offer a helping hand. Before he was incarcerated our contact was frequent, either going to lunch or dinner or some activity. After incarceration we have spoken very little but we have managed to connect on rare occasions by phone, however briefly.

I am aware of the charges against Andrey and all I can say is that it breaks my heart. He is a good man and an excellent husband and father - and above everything else he is kind. I am pleading with you to give Andrey a lenient sentence. If the charges had been of a violent nature I would not be writing this letter. I am writing this letter as I myself am a new father - very much like Andrey. I have admired how well Andrey's wife has handled herself during this trying time raising their child as a single mom. But I have witnessed enough in my life to know that each day going by without Andrey being home a small part of their family foundation is destroyed. With the added stress and circumstances of a raging global pandemic the necessity of another loving helping hand to raise their child has reached an acute level. In short we are asking for leniency for Andrey - more importantly we are asking for the reunification of a family and the birth of hope that a better life is within their grasp.

Respectfully,

Daniel Fulgham