Honorable Douglas R.Cole

United States District Judge

100 East Fifth Street

Cincinnati. Ohio 45202

Hello,

We are the Pak family! Dmitry, Julia and our son D

First of all I would like to apologize for any mistakes I made in this letter. This is not my native language.

I, Dmitry Pak is a general contractor and have been doing this for over 10 years now. My wife Julia recently graduated from Miami Dade College with Bachelor degree and now on her way to medical School to be a Pharmacist. We are a regular American family and trying our best to be a good neighbors, friends and parents.

We know Andrey for about 8-9 years now. We had friends in common and that is how we've met. Soon after became friends and once we all got married, we continued our friendship as a families. Never had any business together of any sort, but we did renovated their apartment for their wedding!

We were shocked after hearing what happened and truly believed that this was some sort of mistake. Me and my wife decided to support Andrey and his wife Tatiana at the court house, here in Florida, by putting our only residence that we are lived in as a security bond. This is all we had back then and we had so much trust for Andrey that did it without hesitation. Sadly for all of us that did not help. We are aware of the charges Andrey pleaded guilty to. We are not trying to proof anything, just kindly asking you, Your Honor, to take a lenient sentence in to consideration. Andrey is a good person. His presence always warms our souls and makes everybody happy. He is a nice guy, great father and a friend. Its breaking our hearts that his daughter P growing up without him. This magic, incomparable age is too beautiful to miss. P needs a father, in fact, she called me a dad several times. And of cause, she becomes sad every time she sees other dads playing with their kids. Me and my wife had a child back in 2014 and wanted to be Andrey and Tatiana god parents for our D . Later we found out that only one person from a married couple can be a god parent, so we chose Tatiana as a god mother, thinking if we will ever have a second child, Andrey will be a god father for him.

Andrey and Tatiana are going through tough times right now. Tatiana is raising their daughter alone, trying to keep up with the bills, and patiently waiting for this

to be over. She is a strong woman, but sometimes she can't help it but cries. Hard to imagine my wife going through all of this for so long.

Andrey is a hardworking man. And we are not only talking about regular job but also about his ability to work on himself. To improve yourself constantly and in every aspect possible. While being detained, he learned Spanish ( maybe not 100% yet, but I know he can talk and understand a little already), he's also thinking about his future and I know he's been reading some books, gaining knowledge for his future once released. After all what happened to him and his family, we are sure that he made the right conclusions and will never get himself into this kind of situation his in right now again. We are waiting for him to be back home to hug him and to tell him that we have got his back and missed him a lot.

Thank you so much for reading this.

Dmitry Pak

Julia Hayday

01/21/2021