Honorable Judge Cole,

I'm writing this letter becouse I'm trying to give you the perspective into the person that I am. and understanding that if given oportunity I wi be an asset to society and positive influence to my community.

Almost 4 years of my life I spent in "Butler Coun Jail." I will try to give you some insight into conditions of my confintment.

For last 46 months I never had a visit from my famaly becouse it was very expencive to come over here from South Florida for just 30 min. non contact video visit. It was very hard to see other inmates get visit every weekend, smili and happy to see their famalies.

Since I have been here I have not been outdo I have spent beetween 19-21 hours a day in m cell everyday. Lights in my cell was on for 24 hours.

Being in jail has given me time to reflect on my deciscions that I made. It has been a huge lesson for me already. I see now that I can refocus my vision on my life and doing positive things for society. My inconsoration has given me insight into lives of the less fortunated people. I realized that if given me the oportunity I can help them.

In spite of the lack of programs that have been offered to me, I've used this time to work on my realibitation and self improvment. While inconsorated I have significantly improved my english, in adolition learned Spanish, also I'm working on my MBA degree.

Since Covid 19 happened, I volontirily became a Covid 19 Porter. I helped clean and sanitize common areas and did everything in my power to asure that noone else was infected despite that fact that we were not provided Personal Protective Eoupment for the first few months

All my life I wanted to be a good person. I was raised this way by my mom. She always told me that I have to be a good exemple not only for my kids but for everyone who is around me. I think that's why I chose to fight for the human rights back in Russia against Putin's regime. But unfortunatly in 2012 when Putin came to the power 3rd time I was forced to flee the country.

I will try to explain circumstances that brought me here. First of all I'm not trying to justify my actions. I made mistakes and wrong decisions. I admit. I want to say, that it was my first expirience to open business ever, and I aproached everything with good intentions. I was realy exited to be a part of this venture and help people. I never even thought about hurting anybody. I feel devastoded because of people that I have let down. Not only customers, society, but also my parents, my wife, my kids, my friends and myself.

I implore you to show leniency and mercy on person, who made mistakes and regrets about it everyday of my life.

Please give me the oportunity to return to society, I will do everything in my power to prove to everybody that this second chance is justified and you were accurate in this desicion. I'm worth it.

Thank You.
Respectfully,
Andrey Shuklin