Honorable Douglas R. Cole
United States District Judge
100 East Fifth Street
Cincinnati, Ohio 45202

Уважаемый, Judge Cole !

Я, Шуклина Мария, мама Андрея Шуклина, в настоящее время пенсионерка, но продолжаю преподавательскую деятельность в одном из Московских университетов (кандидат наук). Я знаю, какие обвинения предъявляют Андрею, так как, в настоящее время имею возможность общаться с ним по телефону.

Judge Cole , прошу Вас смягчить приговор моему сыну. Он очень хороший человек. Он рос честным, добрым ребенком, очень любил бабушку, дедушку, который более двух лет страдал онкологическим заболеванием. Андрей помогал ему, ухаживал за ним, читал книги, играл в шахматы.

Андрей рано потерял отца, который работал врачом в кардиореанимации, но тяжело заболел и рано умер. Он очень переживал смерть отца, но гордился тем, что его отец спас очень много людей, которые пришли проводить его в последний путь.

Ему пришлось перенести и мою тяжелую болезнь, в 2005 г. я перенесла тяжелую операцию (рак груди II стадии), послеоперационную химиотерапию 6 месяцев, много лечилась. Андрей, все время был рядом, помогал во всем.

Мой сын всегда хорошо учился, в семь лет сдал успешно экзамены и поступил в гимназию, которую закончил с хорошими отметками и в дальнейшем закончил университет, учился в аспирантуре. Он интересуется спортом, музыкой, много читает. Он очень верующий человек.

Андрей хороший отец, у него две дочери: младшей 3,5 года старшей уже 15 лет. И, не смотря на то, что она родилась, когда самому Андрею не было еще 19 лет, он очень много времени посвящал воспитанию девочки, во всем помогал ее маме. Алиса часто гостила у папы. Он общается со старшей дочкой также и сейчас. Она очень любит папу, переживает за него, очень надеется на встречу. Малышку он обожает, но к сожалению, не имеет возможности быть рядом с ней.

Мой сын очень любит свою семью, они очень дружны с братом, у него очень много друзей. Мы все его любим и очень ждем.

С уважением, Шуклина Мария _[signature]_

Honorable Douglas R. Cole
United States District Judge
100 East Fifth Street
Cincinnati, Ohio 45202

Dear Judge Cole!

I, Shuklina Mariya, mother of Andrey Shuklin, am currently retired, but I continue to teach at one of the Moscow Universities (Candidate of Sciences). I know what charges are being brought against Andrey, since I am currently able to communicate with him by phone.

Judge Cole, I ask you to be lenient with my son's sentence. He is a very good person. He grew up as an honest and kind child, he loved his grandmother and grandfather, who had been suffering from cancer for more than two years. Andrey helped him, looked after him, read books, played chess.

Andrey lost his father early, who worked as a doctor in cardiac intensive care, but fell seriously ill and died early. He suffered deeply over the death of his father, but was proud that his father saved a lot of people who came to say their goodbyes at his funeral.

He also had to endure my serious illness, in 2005. I underwent a serious surgery (stage II breast cancer), postoperative chemotherapy for 6 months, and was treated for a long time. Andrey was there all the time, helping me in everything.

My son always studied well, at the age of seven he successfully passed the exams and entered the gymnasium, which he graduated with good grades and later graduated from the University, pursued postgraduate studies. He is interested in sports, music, reads a lot. He is a very religious person.

Andrey is a good father, he has two daughters: the youngest is 3.5 years old, the eldest is already 15 years old. And, despite the fact that she was born when Andrey himself was not 19 years old yet, he devoted a lot of time to raising the girl, helping her mother in everything. A, often stayed with her dad. He communicates with his eldest daughter now. She loves dad very much, worries about him, and hopes to see him very much. He adores the baby, but unfortunately, he does not have the opportunity to be near her.

My son loves his family very much, they are very friendly with his brother, he has a lot of friends. We all love him and are waiting for him.

Respectfully, Shuklina Mariya (signed)