# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,           Case No. 1:18-cr-109-1

  v.                            JUDGE DOUGLAS R. COLE

ANDREY SHUKLIN,

      Defendant.

## CRIMINAL MINUTES: SENTENCING

AUSA Matthew Singer and Megan Gaffney Painter appeared for the Government

Defendant appeared with counsel Martin Pinales, Eric Eckes, and Stephanie Kessler (by telephone)

Defendant sentenced as follows:

78 Months Imprisonment with credit for time served
Recommendations:
    That the Defendant be placed in the closest facility to Miami, Florida

3 Years Supervised Release
Conditions:
    Must not commit another federal, state, or local crime
    Shall be prohibited from possessing a firearm, ammunition, destructive device, or dangerous weapon
    Shall not unlawfully possess a controlled substance
    Must refrain from the unlawful use a controlled substance
    Must cooperate in the collection of his DNA
    Shall comply with the standard conditions of supervised release that have been adopted by this Court
    Must not incur any new credit charges, or open additional lines of credit, without the approval of the probation officer
    Must provide the probation officer with access to any requested financial information and authorize the release of any requested financial information, which the probation office may share with the U.S. Attorney's Office
    Shall comply with the orders of the Department of Homeland Security, Immigration and Customs Enforcement (ICE). If deported, the defendant shall not illegally reenter the United States

Special Assessment: $100         Fine: $0              Restitution: TBD

Defendant remanded to the custody of the U.S. Marshal










**Judge:**            Douglas R. Cole

**Courtroom Deputy:**     Scott Lang

**Court Reporter:**        Sue Lopreato-Official

**Date:**             May 10, 2022