**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**ANDREY SHUKLIN,**

    **Defendant.**

    **Case No. 1:18-cr-109-1**
    **JUDGE DOUGLAS R. COLE**

### NOTICE OF APPEARANCE FOR THIRD-PARTY PETITIONERS TATIANA RAKHMANINOVA AND INDEPENDENT VAN LINES, LLC

PLEASE TAKE NOTICE that undersigned counsel, DUSTIN BRADLEY RAWLIN, ESQ. of NELSON MULLINS RILEY & SCARBOROUGH, LLP, hereby enters his appearance as counsel of record for third-party Petitioners Tatiana Rakhmaninova and Independent Van Lines, LLC, in the above captioned action. The undersigned requests that copies of all further notice, pleadings, and other papers served in this case be served on him at dustin.rawlin@nelsonmullins.com.

Dated: June 10, 2022

Respectfully submitted,

NELSON MULLINS RILEY &
SCARBOROUGH LLP

*/s/ Dustin B. Rawlin*
Dustin B. Rawlin
1111 Superior Avenue, Suite 530
Cleveland, OH 44114
Tel.: (216) 304-6153
dustin.rawlin@nelsonmullins.com

*Attorneys for Third-Party Petitioners*
*Tatiana Rakhmaninova and Independent Van*
*Lines, LLC*

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2022, a true and correct copy of the foregoing was electronically filed with the Court's CM/ECF System, which will send a notice of electronic filing to all counsel of record.

*/s/ Dustin B. Rawlin*
