UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Judge Cole |
| | ) | |
| v. | ) | Case No. 18-CR-109 |
| | ) | |
| | ) | |
| ANDREY SHUKLIN et al., | ) | |
| | ) | |
| Defendants. | ) | |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME**

The United States of America, by and through its counsel, Matthew C. Singer and Megan Gaffney Painter, hereby respectfully moves this Court for a two-week extension of time to supplement its motion for restitution order and to reply to filings by defendants.

On October 19, 2023, the government filed a motion for restitution order. (Doc. 297.) The defendants did not file responses to the motion. On April 17, 2024, the Court held a telephonic conference with the parties and offered the government the opportunity to supplement its motion with additional information the Court needed to determine the appropriate restitution amount. (Minute Entry, Apr. 17, 2024.) The Court also gave defense counsel until May 17, 2024 to file any responses; and the Court gave the government until May 31, 2024 to supplement its motion and reply to any responses by defendants. (*Id*.) Three defendants have filed responses to the government's motion. (Doc. 301, 302, 303.)

The government now asks for two additional weeks to finalize its restitution request and reply to the defendants. The government has been working with the case agent to review materials in its possession that support victims' restitution requests and address the Court's concerns. The

1

materials are voluminous and there have been scheduling conflicts among the prosecution team, which has delayed the process.   The defendants are not prejudiced by the extension.

For these reasons, the government respectfully requests a two-week extension to supplement its motion for restitution order and to reply to defendants.

        Respectfully submitted,

        KENNETH L. PARKER
        UNITED STATES ATTORNEY


        */s/Matthew C. Singer*
        Matthew C. Singer (IL 6297632)
        Megan Gaffney Painter (NY 4849220)
        Assistant United States Attorneys
        221 E. Fourth Street, Suite 400
        Cincinnati, OH 45202

**CERTIFICATE OF SERVICE**

I hereby certify that on this date a copy of the foregoing *Government's Motion for Extension of Time* was electronically filed and delivered upon all counsel of record via the Court's CM/ECF system.

/s/Matthew C. Singer
Matthew C. Singer
Assistant United States Attorney