UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

  v.

  Case No. 1:18-cr-109

  JUDGE DOUGLAS R. COLE

ANDREY SHULKIN, et al.,

  Defendants.

## APPENDIX TO THE COURT'S
## SEPTEMBER 5, 2024, OPINION AND ORDER

As stated more fully in the Court's September 5, 2024, Opinion and Order, the following table provides the names for the victims to whom restitution is owed in this matter:

| Names of Primary Payees | Restitution Amount |
|---|---|
| **Mike Fetter**<br>**c/o Yohan Ahn**<br>Re: Case No. 1:18-cr-109 (S.D. Ohio) | $4,840.00 |
| **Oriana Ampomah**<br>Re: Case No. 1:18-cr-109 (S.D. Ohio) | $5,311.85 |
| **Fernando Anes**<br>Re: Case No. 1:18-cr-109 (S.D. Ohio) | $36,083.75 |

| | |
|---|---|
| **Guy Bacci** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $1,279.63 |
| **Rand Baird** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $1,602.78 |
| **Ruthie Barnes** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $2,053.35 |
| **Timothy Bethel** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $1,237.50 |
| **Geniene Brown** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $31,264.25 |
| **Ebonie Butler** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $1,835.53 |
| **Courtney Cooper & John Curtin** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $16,814.00 |
| **Barbara Cosgrove** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $3,100.75 |
| **Michael D'Addario** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $1,732.00 |
| **Graeme Davis** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $2,872.35 |
| **Karen Decker** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $3,662.19 |

| | |
|---|---|
| **Cheryl DelVisco** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $855.63 |
| **Karen Dorrans** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $3,631.10 |
| **Hillary Earle** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $10,086.00 |
| **Ebony Evans** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $4,561.28 |
| **Jessica Finnegan** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $4,003.00 |
| **Kelly Forfa** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $51,924.00 |
| **Jennifer Giangrande** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $3,950.00 |
| **Sincere Guerrero** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $2,400.00 |
| **Marilyn Guyton** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $990.35 |
| **Logan Hackett** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $1,937.50 |
| **Janet Haines** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $3,954.78 |

| | |
|---|---|
| **Rodney Hamon** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $2,395.20 |
| **Mahdi Hamzeei** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $919.00 |
| **Adam Hanna** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $2,041.57 |
| **Shoaib Hasan** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $2,550.00 |
| **Amanda Herring** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $2,845.00 |
| **Rick & Temptest Herring** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $3,100.00 |
| **Donte Hewlett** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $858.00 |
| **Denise Hurt** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $2,259.76 |
| **Monique Jones** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $16,705.73 |
| **Nathan Jungers** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $14,821.25 |
| **Alan Klipp** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $1,815.00 |

| | |
|---|---|
| **Judith Larrimore** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $613.55 |
| **Bjorn Larsen** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $70,000.00 |
| **Pamela Lee** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $3,388.00 |
| **Russell Lieneman** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $3,280.00 |
| **Cathy Lindberg** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $11,136.61 |
| **Kelly Longenecker** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $2,873.00 |
| **Amy Lowry** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $3,150.00 |
| **Gail Lucas & Michael Casari** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $1,643.50 |
| **Cindy J. Maggiacomo** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $2,250.00 |
| **Tammy McCarley** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $18,970.75 |
| **Patrick Morgan** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $4,379.93 |

| | |
|---|---|
| **Eric Murray** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $498.75 |
| **Emma Nesbit** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $950.00 |
| **Rick Nguyen** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $27,475.00 |
| **Megan Parris** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $1,980.00 |
| **Aalok Patel** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $953.00 |
| **Tamela Pittman** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $2,408.23 |
| **Alessandro Presacco** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $5,035.25 |
| **Nikki Raff** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $1,200.00 |
| **Sandra Alice Ramsey** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $3,505.50 |
| **Andrew Rhoads** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $715.00 |
| **Brian Riley** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $2,436.00 |

| | |
|---|---|
| **Michael Ritter** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $3,494.90 |
| **Michael Romanko** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $15,013.26 |
| **Joy Sanchez-Bell** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $10,546.46 |
| **Tiffany Schmidt** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $6,640.00 |
| **Rhonda Scott** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $6,461.27 |
| **Seana Scott** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $18,671.00 |
| **Albert Sedory** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $2,104.18 |
| **Alex South** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $3,324.50 |
| **Patti Stengel** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $700.00 |
| **Ronald Stern** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $6,969.52 |
| **Sherri Nia Thurber** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $2,625.00 |

| | |
|---|---|
| **Thomas & Cindie Togni** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $1,935.00 |
| **Lisa Turner** <br> **c/o Victor Stone, Maryland Victim Center** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $3,810.00 |
| **Bertram Van Strander** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $1,928.42 |
| **Priya Venkatachalam** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $1,747.08 |
| **David Washington** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $2,134.00 |
| **Andrew Williams** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $5,937.49 |
| **Crystal Melendez, f/k/a Crystal Worthy-Kelly** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $1,472.00 |
| **Total for Primary Payees:** | $516,650.23 |

| **Names of Secondary Payees** | **Restitution Amount** |
|---|---|
| **Salvation Army** <br> **(on behalf of LaRae Gilbert)** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $4,173.23 |

| | |
|---|---|
| **Salvation Army** <br> **(on behalf of Sabita Longe)** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $5,505.51 |
| **Salvation Army** <br> **(on behalf of Ann Tosi)** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $5,569.11 |
| **State Farm** <br> **(on behalf of Tom & Amy Hoffman)** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $49,964.74 |
| **Paragon/Allstate** <br> **(on behalf of Gail Lucas & Michael Casari)** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $2,041.82 |
| **Wilber and Associates** <br> **(on behalf of William Malone)** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $14,932.46 |
| **Foy and Associates** <br> **(on behalf of Crystal Melendez, f/k/a Crystal Worthy-Kelly)** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $1,829.00 |
| **Stuart-Lippman and Associates Inc.** <br> **(on behalf of Kelli Miller)** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $18,698.57 |
| **Wilber & Associates, P.C.** <br> **(on behalf of Peter Ramirez)** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $42,308.98 |

| | |
|---|---|
| **Grange Victim** <br> **(on behalf of Michael Romanko)** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $27,481.93 |
| **The Hartford** <br> **(on behalf of Tina Sullivan)** <br> Re: Case No. 1:18-cr-109 (S.D. Ohio) | $46,030.17 |
| **Total for Secondary Payees:** | $218,535.52 |

| | |
|---|---|
| **Total for All Payees:** | **$735,185.75** |