# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

                                        **Case No. 1:18-cr-109-1**

**v.**                                      **JUDGE DOUGLAS R. COLE**

**ANDREY SHUKLIN,**

        **Defendant.**

_____

## VERIFIED PETITION AND CLAIM OF THIRD PARTIES
## TATIANA RAKHMANINOVA AND INDEPENDENT VAN LINES, LLC[1]

Pursuant to 21 U.S.C. § 853(n)(3), petitioner third-parties, Tatiana Rakhmaninova ("Tatiana") and Independent Van Lines, LLC ("Ind. Van Lines") (together, "Petitioners"), respectfully submit this Verified Petition and Claim ("Verified Petition") Concerning Preliminary Order of Forfeiture [D.E. 240] ("Preliminary Order"), to assert a legal interest in property described in the Preliminary Order as "Real property known and numbered as 3370 Hidden Bay Drive #814, Aventura, Florida 33180 with all appurtenances, attachments, and improvements attached thereon . . ." ("Home"). In support of this Verified Petition, Petitioners state as follows:

1.     This petition is submitted primarily on behalf of Tatiana.

2.     Tatiana is the spouse of Defendant Andrey Shuklin.

3.     Tatiana, in her individual capacity, is the sole owner of the Home.

4.     Tatiana presently lives at the Home with her daughter, and has lived there continuously since the Home was purchased in or about April 2015.

---

[1] This identical Verified Claim was previously filed in June 2022 at [D.E. 249], which preserved Petitioners' rights. Petitioners refile this Verified Claim only in an abundance of caution, with reference to the recently filed Certificate of Service on Motion for Forfeiture at [D.E. 306].

4857-9016-4712 v.1

5.      Tatiana's daughter has never lived anywhere else.

6.      The Home is Tatiana's primary residence and her homestead.

7.      The government is not entitled to forfeiture of the Home as a substitute asset because Tatiana became the sole owner of the Home before entry of the Preliminary Order. Tatiana also has other legitimate legal interests in the Home and has put substantial personal funds into the Home.

8.      The following are additional pertinent facts regarding the nature, extent, time, and circumstances of Tatiana's right, title, and interest in the Home, as required by 18 U.S.C. § 853(n)(3) and the Court's Preliminary Order:

a.  On or about March 20, 2015, Tatiana's father sent her approximately $278,100 as a gift for her to use towards a down payment to purchase the Home ("Down Payment Funds").

b.  Tatiana's father sent the Down Payment Funds to Tatiana at her TD Bank account.

c.  On or about May 5, 2015, Ind. Van Lines, a company owned by Tatiana and Defendant Shuklin, obtained a mortgage ("Mortgage") for $245,000.00 for the purchase of the Home. Tatiana is also a manager of Ind. Van Lines.

d.  At or around the same time, Tatiana personally used the Down Payment Funds in her TD Bank account to make an approximately $265,000 down payment on the Home.

e.  On or about February 1, 2020, Tatiana's father sent Tatiana a second wire in the amount of approximately $270,000.00 as a gift for her to use to make payments on the Mortgage and cover her other personal expenses ("Second Wire").

f.  Tatiana's father sent the Second Wire to Tatiana at her JPMorgan Chase account.

2

g. On or about December 17, 2020, Ind. Van Lines, of which Tatiana is an owner, executed a quit-claim deed in favor of Tatiana, assigning Tatiana alone, in her individual capacity, all right, title, and interest to the Home. The quit-claim deed was executed with the understanding that Tatiana would pay off the Mortgage in full, as soon as possible, as consideration.

h. On or about December 8, 2021, Tatiana's father sent Tatiana a third wire in the amount of approximately $30,000 as a gift for Tatiana to pay off the Mortgage on the Home ("Third Wire").

i. Tatiana's father sent the Third Wire to her JPMorgan Chase account.

j. On December 16, 2021, Tatiana wired $230,292.95 to the entity that took her Mortgage payments, paying off the Mortgage in full. Tatiana used gift funds from the Second Wire and Third Wire from her father to pay off the Mortgage.

k. On May 9, 2022, the government moved for forfeiture of property, including the Home. [D.E. 234].

l. On May 12, 2022, the Court entered the Preliminary Order. [D.E. 240].

m. Tatiana has acted in good faith with respect to the Home, has not attempted to sell the Home, and has put nearly $600,000 of her personal funds, much of which was gifted from her father, towards paying for the Home.

9. Based on the foregoing, Tatiana became the sole owner of the Home and obtained all right, title, and interest in the Home, in her personal capacity, before entry of the Preliminary Order. Tatiana also has other legitimate legal interests in the Home.

10. In addition, Tatiana asserts her interest in the Home through her interest in Ind. Van Lines, insofar as Ind. Van Lines is deemed to have any interest in the Home.

4857-9016-4712 v.1

WHEREFORE, Petitioners respectfully request that the Court enter an order finding that Tatiana, in her individual capacity, is the sole owner of the Home and has all right, title, and interest in the Home, and amending the Preliminary Order accordingly. In the alternative, Petitioners respectfully request that the Court enter an order finding that Tatiana, in her individual capacity or through her interest in Ind. Van Lines, has other bona fide and legitimate interests in the Home, amending the Preliminary Order accordingly.

Dated: September 23, 2024.

Respectfully submitted,

**NELSON MULLINS**

*/s/ Dustin B. Rawlin*
Dustin B. Rawlin, Esq.
1100 Superior Avenue, Suite 2000
Cleveland, OH 44114
Tel.: (216) 304-6153
dustin.rawlin@nelsonmullins.com

Christopher Cavallo, Esq.
2 South Biscayne Blvd., 21st Floor
Miami, FL 33131
Tel.: (305) 373-9465
Fla. Bar No. 0092305
chris.cavallo@nelsonmullins.com
**Admitted Pro Hac Vice**

*Attorneys for Third-Party Petitioners*
*Tatiana Rakhmaninova and Independent Van*
*Lines, LLC*

4

5

## CERTIFICATE OF SERVICE

The foregoing submission was filed via ECF and will be forwarded by the Court's

Electronic Filing System to all counsel of record registered for e-filing.

*/s/ Dustin B. Rawlin*
Dustin B. Rawlin

*Attorneys for Third-Party Petitioners*
*Tatiana Rakhmaninova and*
*Independent Van Lines, LLC*

4857-9016-4712 v.1

## VERIFICATION PURSUANT TO 18 U.S.C. § 1746

Pursuant to Title 18, United States Code, Section 1746, I declare under penalty of perjury that foregoing is true and correct.

Executed on June 10, 2022.

_____
Tatiana Rakhmaninova

_____
Independent Van Lines, LLC
By: Tatiana Rakhmaninova
Title: Owner and Manager