**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | Case No: 1:18-CR-109(1) |
| v. | : | |
| | : | JUDGE COLE |
| ANDREY SHUKLIN, | : | |
| | : | |
| Defendant. | : | |

**PLAINTIFF UNITED STATES OF AMERICA'S**
**MOTION FOR ORDER TO APPLY MONIES HELD**
**BY THE FEDERAL BUREAU OF INVESTIGATION**
**FOR PAYMENT OF RESTITUTION JUDGMENT**

Now comes the United States of America, by and through counsel, and moves this Court

for an Order requiring the Federal Bureau of Investigation to turn over to the United States Clerk

of Courts all monies it has in its possession, received from Defendant, Andrey Shuklin, to apply

to Defendant restitution obligation.  The grounds for this motion are more fully set forth in the

accompanying Memorandum in Support.

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney

s/Joseph M. McCandlish
JOSEPH M. MCCANDLISH (0073775)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614)469-5715
Fax: (614)469-5240
Email: Joseph.McCandlish@usdoj.gov

## MEMORANDUM IN SUPPORT

On May 12, 2022 Defendant Andrey Shuklin ("Defendant") plead guilty to Conspiracy To Participate In Racketeering Activity. (Doc. 241).   Defendant was sentenced to 78 months imprisonment with credit for time served, 3 years of supervised release and $100 special assessment. On September 5, 2024 Opinion and Order (Doc. 308) ordered a total of $735,185.75 in restitution. The amount of said judgment debt that remains unpaid and due and owing is $724,193.061,100,100.10 in restitution as of September 12, 2025.

Counsel for Plaintiff has been informed that the Federal Bureau of Investigation ("FBI") is in possession of funds which were taken from the Defendant at the time of arrest.   These funds are being held by the FBI under case #281H-CI-2105381/asset ID #20-FBI-005246 in the amount of $36,481.58.

Plaintiff seeks an Order requiring the FBI to turn over the funds in its possession owned by Defendant for purposes of partially satisfying Defendant's outstanding restitution obligation.

Pursuant to 18 U.S.C. § 3613(a), the United States is permitted to enforce a criminal judgment using the practices and procedures for enforcement of civil judgments under Federal or state law.   The financial litigation unit of the United States Attorney's Office ("USAO") is responsible for collecting criminal penalty assessments, restitution, and fines.   18 U.S.C. § 3612(c)(1)-(3).   Therefore, the USAO has the full responsibility for collecting the restitution obligation imposed against Defendant.

˘2˘

Once the Court enters judgment in a criminal case, a lien arises in favor of the United States against all of a Defendant's real and personal property.   18 U.S.C. § 3613(c).   Hence, a lien arose against Defendant's property on the entry of this judgment, in the amount of $735,185.75.

Because the United States Government has a right to collect criminal judgments, and has a valid lien against all Defendant's real and personal property, any money being held by a government agency in which Defendant has a substantial interest is subject to the government's continuing interest in the satisfaction of that judgment.

Based upon the foregoing, the Government respectfully requests that this Court issue an Order requiring the FBI to turn over to the United States of America any and all of the funds currently in its possession belonging to Defendant, Andrey Shuklin, to be applied to the restitution obligation imposed against Defendant, made payable to the United States District Court Clerk, and sent to The United States District Court Clerk, 110 Potter Stewart U.S. Courthouse, 100 East Fifth Street, Cincinnati, OH 45202.

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney

s/Joseph M. McCandlish
JOSEPH M. MCCANDLISH (0073775)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614)469-5715
Fax: (614)469-5240
Email: Joseph.McCandlish@usdoj.gov

## CERTIFICATE OF SERVICE

A true copy of the above and foregoing Plaintiff United States Of America's Motion For Order To Apply Monies Held By The Federal Bureau Of Investigation For Payment Of Restitution Judgment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to Defendant, Andrey Shuklin, 3300 NE 192nd Street, Apt #502, Miami, FL 33180 by first class mail, postage prepaid, this 22nd day of September, 2025 to:

s/Joseph M. McCandlish
JOSEPH M. MCCANDLISH (0073775)
Assistant United States Attorney