**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

                            **Case No. 1:18-cr-109-1**

    v.

                            **JUDGE DOUGLAS R. COLE**

**ANDREY SHUKLIN, et al.,**

        **Defendants.**

## ORDER

The Court has considered the Motion filed by Plaintiff United States of America, in which the United States requests that the Department of Transportation to turn over to the United States of America $2,621.00 of the funds currently in its possession belonging to Defendant Andrey Shuklin.

The Court hereby **ORDERS** that the Department of Transportation issue a payment to the United States District Court Clerk, and sent to The United States District Court Clerk, 110 Potter Stewart U.S. Courthouse, 100 East Fifth Street, Cincinnati, OH 45202 in the amount of $2,621.00 representing monies recovered from the Defendant.

    **SO ORDERED.**

September 24, 2025
**DATE**

                            **DOUGLAS R. COLE**
                            **UNITED STATES DISTRICT JUDGE**